**Name:** EMT REVOCABLE LIVING TRUST
Elzira Mae Wilburn, TTEE not Individually

**Address:** ℅ 1056 West 52nd Street.
Los Angeles. California. Near. [90037]
Without the United States (28 U.S.C. 1746)

**Phone:** (213) 718-7053

**Fax:** N/A

In Propria Persona

FILED
2023 APR 25 AM 11:16
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: EEE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elzira Mae Wilburn, Trustee not Individually for EMT REVOCABLE LIVING TRUST<br><br>Interpleader<br>v.<br><br>QUALITY LOAN SERVICE CORPORATION<br><br>Defendant(s). | CASE NUMBER:<br><br>**2:23-cv-02910-AB-MAA**<br><br>Request for Approval of Notice of Pendency Pursuant to California Code, Code of Civil Procedure - CCP § 405.21<br><br>(Enter document title in the space provided above) |

COMES NOW Interpleader, EMT Revocable Living Trust ("Trust"), by and through Elzira Mae Wilburn, ("Trustee not Individually"), appearing In Propria Persona to respectfully request this Honorable Court to to approve the annex "NOTICE OF PENDENCY" to be duly recorded with the The Los Angeles County Recorder's Office in compliance with California Code, Code of Civil Procedure - CCP § 405.21; which states in pertinent part: " A notice of pendency of action shall not be recorded unless (a) it has been signed by the attorney of record, (b) it is signed by a party acting in propria persona and approved by a judge as provided in this section."

Date: April 25, 2023

Respectfully submitted,

EMT Revocable Living Trust, Interpleader

By _____
Elzira Mae Wilburn, Trustee not Individually

Page Number

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT