EMT REVOCABLE LIVING TRUST
Elzira Mae Wilburn, TTEE not Individually
℅ 1056 West 52nd Street.
Los Angeles. California. Near. [90037]
Without the United States (28 U.S.C. 1746)



FILED
CLERK, U.S. DISTRICT COURT
APR 2 5 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

district court of the United States (exchequer side)
[28 U.S.C. § 84, 610].
via passagio

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION
### IN ADMIRALTY, IN REM

| | |
|---|---|
| Elzira Mae Wilburn, Trustee not Individually for EMT REVOCABLE LIVING TRUST. Interpleader, <br><br> v. <br><br> QUALITY LOAN SERVICE CORPORATION, <br><br> Defendant, | 2:23-CV-02910-AB-MAA <br> district court CASE NO.: <br><br> **NOTICE OF PENDENCY OF ACTION** <br><br> **Re:** 1056 West 52nd Street. Los Angeles. California [90037] <br><br> [Parcel # 5002-027-029] <br><br> *A Suit in Equity,* <br> *In Re: All Property and rights in Property* |

NOTICE IS HEREBY GIVEN that an action has been commenced and is now pending in the United States District Court Central District of California, Western Division, upon the Complaint of the above named Interpleader against the above named defendants as an **Original Verified Action in Interpleader**.

AND, NOTICE IS FURTHER GIVEN that the premises described as 1056 West 52nd Street, Los Angeles, California [90037] is affected by the Original Verified Action in Interpleader, and was at the time of the commencement of this action, and at the time of the filing of this Notice, is situated in Los Angeles County, California and is described in "Schedule A - Legal Description" attached hereto and made a part hereof. The Los Angeles County Recorder's Office is directed to index this Notice against the names of all the Defendant(s) and said property pursuant to Cal. Code Civ. Proc. § 405.2.

Annexed hereto and made a part hereof, the said premises is known as 1056 West 52nd Street, Los Angeles, California [90037] and by Assessor's Parcel Number 5002 – 027 – 029.

Date: April 25, 2023

Respectfully submitted,

EMT Revocable Living Trust, Interpleader

By _____
Elzira Mae Wilburn, *Trustee not Individually.*

## "SCHEDULE A"

THE LAND REFERRED TO HEREIN IS SITUATED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 267 OF VERMONT AVENUE VILLA TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 11 PAGES 37 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

ASSESSOR'S PARCEL NUMBER: 5002-027-029