UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| Case No.: | 2:23-cv-02910-AB-MAA | Date: | July 3, 2023 |
|---|---|---|---|

| Title: | *Elzira Mae Wilburn v. Quality Loan Service Corporation* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] **ORDER DISMISSING THE CASE WITHOUT PREJUDICE**

   On May 21, 2023, the Court dismissed the case for lack of subject matter jurisdiction and granted Plaintiff leave to file an amended complaint within 21 days of the Court's Order.   The Court subsequently granted Plaintiff an extension to file an amended complaint, giving Plaintiff until June 21, 2023 to file an amended complaint.

   Plaintiff to date has not filed an amended complaint.   Accordingly, the Court **DISMISSES** the case **WITHOUT PREJUDICE**.

   **IT IS SO ORDERED**.