FILED

2023 JUL -6  AM 9: 31

CLERK U.S. DISTRICT COURT
(S...) DISTRICT OF CALIF.
(...) LOS ANGELES

EMT REVOCABLE LIVING TRUST.
Attorney-In-Fact for Elzira Mae Wilburn
℅ 1056 West 52nd Street.
Los Angeles. California. without the district.

**district court of the United States (Art. III, § 2, exclusive side)
for the district of central California (P.L. 86 Stat. 1107)**

| | |
|---|---|
| Elzira Mae Wilburn, Trustee not Individually for EMT REVOCABLE LIVING TRUST.<br>　　　　　　Interpleader,<br>v.<br><br>QUALITY LOAN SERVICE CORPORATION.<br>　　　　　Defendant,<br><br>TREASURER OF THE UNITED STATES AS AGENT FOR THE UNITED STATES GOVERNMENT UNDER A GOLD CONTRACT; UNITED SHORE FINANCIAL SERVICES, LLC d/b/a UNITED WHOLESALE MORTGAGE; ALLSPRING FUNDS MANAGEMENT, LLC AS MANAGER OF THE ALLSPRING OPPORTUNITY FUND, WOFDX.<br>　　　　Joinder Defendants. | district court CASE NO.: 2:23-cv-02910-AB (MAA x)<br><br>FIRST AMENDED BILL IN EQUITY INTERPLEADER (VERIFIED)<br><br>*A Bill in Interpleader,*<br>*In Re: All Real property of substance*<br><br>**Re:** the real land located at 1056 West 52nd Street. Los Angeles. California<br><br>[Land Parcel # 5002-027-029] |

　　　In reverence to the supreme authority of the Constitution of the United States (1787),

Art. III, Sec. 2 and Art. I, Sec. 8, Clause 2, *"the law of this Case"*, the Organic Laws of the

United States of America (P.L. 1 Stat. 50), the Maxims of Equity, good faith, fair dealings, and

the *original* and *exclusive* jurisdictional provisions of *Equity Interpleader* established by the

sixty-fourth Congress in Public Law P.L. 39 Stat. 929,  Interpleader, *where the object is a gold*

*contract,* disclaims and disavows any withholding reported under Generally Acceptable

Accounting Principles ("GAAP") or the Uniform Commercial Code ("UCC"), and hereby

invokes the *original and exclusive jurisdiction* of this district court of the United States in good

faith pursuance and reliance upon an Act of Congress established by Public Law at 39 Stat. 929.

In support of this equitable Bill in Interpleader, Interpleader hereby states as follows:

1

First Amended Bill in Equity Interpleader (Verified)

# PART ONE. INTRODUCTION

1.   This action of Equity Interpleader was initially filed on April 18, 2023. This Court attempts to avoid its *original* and *exclusive* jurisdiction established under the supreme authority of the Constitution of the United States (1787) (Art. III, Sec. 2 & Art. I, Sec. 8, Cl. 2), Equity Interpleader, an Act of Congress established in Public Law at 39 Stat. 929, the Federal Interpleader Act of 1917 (28 U.S.C. § 1336, 2361) and FRCP 22, through its use of conclusive presumption[1] and political bias related to the value, character, and the definition of "money" that fails to establish proper weights and measures ("substance") in violation of the law of this case (Const. Art I, § 8, Cl.2). The object of this case is a gold contract, exchanged for land, both having determined substance cognizable by this Court and *not* under the presumption of a form of script currency or book entry credits used to make exchanges between Federal Reserve Agents or Public Officers of the United States under GAAP or the UCC.

2.   This Court, in its unsigned and "In Chambers" Order to Show Cause dated May 2, 2023 (Doc#12, pg.1, ¶ 2), determined that neither admiralty nor maritime jurisdiction applies to this action and by its findings of fact and conclusions of law set forth in the record, *shall be hereafter prohibited from issuing any orders granting a prize to an admiralty or maritime claimant* or from reviewing any matters of insurance thereunder. This Court ordered this First Amended Complaint be filed to address what the Court determined were jurisdictional and factual pleading deficiencies when in fact the Court appears to be operating under political influence and bias prohibited by *Baker v. Carr, 369 U.S. 186 (1962).*

3.   The subject matter is a gold contract, issued in excess of the minimum jurisdictional requirements of interpleader ($500.00) and in excess of standard jurisdictional limits

---

[1] See *Vlandis v. Kline, 412 U.S. 441 (1973)*: Use of conclusive presumptions deemed a violation of the Due Process Clause of the 14th Amendment.

($75,000.00), assuming a value in Federal Reserve Notes as the value of "political" money, and relates specifically to a federal question under the Constitution, Art. 1, Sec. 8, Cl. 2, and an Act of Congress deemed unconstitutional where the United States Government owes a duty of set off, which it may not repudiate. *See 28 U.S.C. § 1346(c) and Perry v. United States. 294 U.S. 330 (1935)* .

4.   Interpleader is the only fact witness that can testify to the facts of this case, her intent in relation to the gold contract, and to all facts that do not rely upon business record exceptions commonly used in violation of hearsay and presumption evidentiary standards. Interpleader states that the object of this action is a gold contract tendered as consideration of substance for land of substance, and as a disinterested stakeholder in relation to any "commercial paper" issued as a derivative of the gold contract, hereby disclaims any withholding of interest or other value established under GAAP or the UCC and informs the court of the multiple liabilities that appear to exist between the Interpleader and Joinder Defendants that must be proven on the record, while releasing Interpleader from any liability thereunder by operation of law.

5.   Interpleader has tendered gold to this Court, recognized as an assignment of a government obligation under 31 U.S.C. §§ 3727 and 9303, which may not be repudiated by the Government under the law 31 U.S.C. § 5118(2020) and *Perry, supra*.

6.   Pursuant to 28 U.S.C. § 1346(c), Interpleader is entitled to set off of any and all withholding under GAAP accounting entries and liabilities established under the UCC as a specific federal question established under an Act of Congress, also codified at 50 U.S.C. § 4305(b)(2), which this Court must determine as a matter of original and exclusive jurisdiction.

## PART TWO. FACTS AND HISTORY

3

7. This action in Interpleader relates to a government obligation, payable in gold, where the object of the contract is gold, and may not be repudiated by the United States. See *Perry v. United States, 294 U.S. 330 (1935)* now recognized as superior law under *31 U.S.C. § 5118(2020)*.

8. The assignment of a government obligation, payable in gold, operates as a cash item pursuant to 31 U.S.C. § 9303 and 31 U.S.C. § 3727. See also *P.L. 48 Stat. 112*. Discharge of obligations dollar for dollar under the abrogation of the gold clause.

9. On September 17, 2022, Elzira Mae Wilburn assigned a partial interest in a government obligation, owed to her, in the form of a promissory Note #0144794658 ("gold contract") which was entered into the books and records of United Shore Financial Services, LLC d/b/a UNITED WHOLESALE MORTGAGE ("UWM") as a "cash item" pursuant to 12 U.S.C. § 1813(l)(1) and 31 U.S.C § 9303. The promissory note is a gold contract requiring the United States Government to provide set off pursuant to 28 U.S.C. § 1346(c). *See Perry, supra.*

10. The gold contract was thereafter converted by UWM into federal reserve notes equivalent to $285,000.00, without evidence that Interpleader is a federal reserve agent. *See 12 U.S.C. § 411.*

11. Interpleader never waived her rights or immunities protected and preserved by the Law of the Land, and never knowingly, willingly or intentionally gifted, abandoned, donated, or sold the gold contract and never waived her gold contract consideration.

12. Interpleader is not a federal reserve agent and is not a public officer, agent or employee of the United States or the District of Columbia, and no evidence to the contrary exists. See FRCP 9(c).

13. Interpleader was never given a gold receipt or notice that the gold contract was accepted by or delivered to UWM.

14. Interpleader never knowingly agreed to a stock exchange, ADR swap, barter or off balance sheet withholding of the gold contract.

15. UWM knew the object of the contract was gold and UWM converted the gold contract, a government obligation, to a false cash item pursuant to 12 U.S.C. § 1813(l)(1).

16. Without good faith, fair dealings or full disclosure to Interpleader, UWM unlawfully converted a Title 31 gold contract and government obligation to a Title 12 cash item under false value established under Generally Acceptable Accounting Principles creating a conflict of law between 12 U.S.C. §§ 411 and 1813(l)(1) and 31 U.S.C. §§ 5118 (2020), 3727, and 9303(c)(2, 3, 4 &5) and by holding the gold contract in accounting suspense, there is a direct failure of consideration to the injury of Interpleader.

17. As evidence that the gold contract, its value, or proceeds derived therefrom has been pledged into a derivative investment vehicle, Interpleader has obtained a report that the gold contract was unlawfully converted and pooled in the Allspring Opportunity Fund Symbol: WOFDX - CUSIP: 949915474 attached hereto as **Annex A.**

18. The "Recipient" of the gold contract has not reported the correct value basis in the transaction to the Internal Revenue Service and has. at all times material, maintained the gold contract "off balance sheet" to evade capitalization of the asset to the injury of Elzira Mae Wilburn, as issuer and payer. *See also 28 U.S.C. § 1335-issuer of a note establishing this Court's Interpleader jurisdiction.*

19. Interpleader has reported the correct basis of the gold contract to the IRS for investigation of the GAAP accounting fraud. See **Annex B**, 2022 Form 1099-B.

20. Interpleader is now aware, based upon newly discovered evidence that UMW has been unjustly enriched and continues to be unjustly enriched by the "political" devaluation and unlawful conversion of her gold contract through false GAAP accounting and the use of the UCC to define the value (or want thereof) received from issuer, its receipt of proceeds and interests, unreported, from the gold contract, and failure to report the basis of and true nature of the transaction they falsified to the injury of Interpleader.

21. In a bona fide effort to resolve the false GAAP accounting, Interpleader requested a payoff statement from Quality Loan Service Corporation who asserts it is a Trustee and "loan" servicer for financial institution Cenlar, FSB.

22. The payoff statement alleged a balance of $305,488.98 in Federal Reserve Notes basd upon a false GAAP accounting scheme.

23. On the face of the false payoff statement, Interpleader instructed the accounting correction by hand writing "Accepted for Honor" and her signature on the bill pursuant to Public Law at 40 Stat. 411, §7(e) and §8(a).

24. On the back of the bill,  Interpleader specially endorsed it "Pay to the Order of the United States, or bearer" without recourse bearing evidence of signature) in good faith pursuance and reliance upon an Act of Congress established at 50 U.S.C. §4305(b)(2).

25. As of the date of this complaint neither UWM nor Cenlar, FSB have set off the amounts required by Public Law or the Constitution and continue to falsify GAAP book entries and suspend the accounting related to Interpleader's gold contract.

26. Interpleader is entitled to set off from the United States Government related to a gold contract, and recognized in law at Const. Art I, § 8, Cl.2 and 28 U.S.C. § 1346(c).

27. As of the date of this complaint UWM and Cenlar, FSB continue with their attempted and unlawful Trustee Sale ID #CA-22-946956-NJ creating additional unjust enrichment by evading the gold contract through suspended GAAP accounting fraud.

28. This action establishes that Cenlar, FSB and its agents are participating in embezzlement, grand larceny and breach of public law by a regulated financial institution withholding interest from the public trust.

29. The gold contract, having been delivered to the parties as tender exchanged for land, hereby on and for the record of this Court, disclaims and disavows all interest beimng reported as "withheld" from the Public Trust under false GAAP accounting entries, cash item entries, proceeds or derivatives created under the scheme of the parties to evade off balance sheet capitalization *in good faith accord with 50 U.S.C. § 4305(b)(2).*

30. By operation of law, Interpleader is discharged and acquitted from any liability under the law and her land must be discharged from any security interest by and through her tender of gold in exchange therefore in like kind of substance value.

31. This Court attempts to dismiss this action in Interpleader under its failure to comprehend the facts and law of this case. *See Doc #12 dated May 2, 2023.*

32. This Court has *original and exclusive jurisdiction* pursuant to the Law of the Land and the Acts of Congress established herein, and must take jurisdiction over Interpleader's claim to set off owed by the Government. *See 28 U.S.C. § 1346(c).*

33. This Court has received Interpleader's tender of gold by assignment (31 U.S.C. § 3727) of a government obligation which which may not be repudiated under 31 U.S.C. § 5118(2020) and *Perry, supra.*

34. This Court has an obligation to enter an injunction 28 U.S.C. § 2361.

## PART THREE.  PARTIES

35.     Interpleader appears, *In Propria Persona*, as the Revocable Living Trust of grantor, Elzira Mae Wilburn and Attorney-In-Fact therefore.

36.     Interpleader, having tendered gold for the land, acquired under the gold contract, appears as a disinterested stake holder in the false GAAP accounting entries created in direct conflict of law.

37.     Grantor, Elzira Mae Wilburn, has achieved age of majority and age of termination and has revoked all prior grants and pledges of interest, thus terminating any powers that Defendant or Joinder Defendants may allege.

38.     Interpleader is in amity with the United States, declares on and for the record her peaceful neutral status with all High Contracting Parties, denies she is an enemy of the United States as a solvent holder of gold and a gold contract owed to her by the United States, entitling her to set off of her debts, which may not be repudiated. *See 31 U.S.C. § 5118 and Perry, supra.*

39.     Interpleader is located upon the land within the territorial jurisdiction of this Court and specially appears to defend her land.

40.     Interpleader, *In Propria Persona*, is defined as a "foreign state" by 28 U.S.C. §1603(b)(1) and (3) invokes this Court's lawful aid and assistance for the purposes seeking remedy for the Tort committed against her and her land pursuant to 28 U.S.C. § 1350 establishing original jurisdiction of this district court. *See also 25 U.S.C. § 2201-lands held in trust by the United States under its duty of protection.*

41.     Interpleader denies any presumption of residence as administrator of a 14th Amendment Decedent Estate, resident agency, or other inferior disability.

42.     Defendant QUALITY LOAN SERVICE CORPORATION is within judicial knowledge and subject to the jurisdiction of the Court. Defendant is a Washington State Corporation and foreclosure trustee company subject to the laws of the United States, acting under color of law with complete diversity. Defendant is a citizen of Washington state and is acting as a debt collector for CENLAR FSB a federal savings bank established under the laws of the United States.

43.     Defendant and its officers continue to seek a scheme of unjust enrichment by theft of gold, refusal of setoff through a government obligation, and attempted seizure and theft of land.

44.     Joinder Defendant UNITED SHORE FINANCIAL SERVICES, LLC d/b/a UNITED WHOLESALE MORTGAGE is within judicial knowledge and subject to the jurisdiction of the Court. Joinder Defendant is a wholesale mortgage lender with its corporate headquarters in Pontiac, Michigan. Joinder Defendant is a publically traded company, subject to the laws of the United States and the Sarbanes-Oxley Act, acting under color of law with complete diversity. Defendant is a citizen of Michigan state and established under the laws of the United States.

45.     Joinder Defendant TREASURER OF THE UNITED STATES AS AGENT FOR THE UNITED STATES GOVERNMENT UNDER A GOLD CONTRACT is within judicial knowledge and subject to the jurisdiction of the Court. Joinder Defendant is a Public Trustee in custody and possession of trust property, with its situs located in the District of Columbia. Joinder Defendant is acts as Treasurer Agent for the United States Government subject to the laws of the United States and administers the Public Trust under the law of this Case. Joinder Defendant must appear and provide set off owed to Interpleader per 28 U.S.C. § 1346(c).

46.     Joinder Defendant is a Citizen of the United States and a resident of the District of Columbia for diversity purposes.

47.     Interpleader shall address joinder of additional parties as their interests or claims may appear.

## PART FOUR. JURISDICTION AND VENUE

48.     This Court has *original and exclusive jurisdiction* over constitutional questions related to a gold contract and in enforcement of government obligations requiring set off per 28 U.S.C. §§ 1346(c) and 1331, which may not be repudiated as established by 31 U.S.C. § 5118(2020) and *Perry, supra*.

49.     This Court has original jurisdiction over matters of Equity Interpleader pursuant to 28 U.S.C. §§ 1335 and 2361, to take custody of property and enjoin Defendants and Joinder Defendants from acting until disposition of claims, and discharge of Interpleader.

50.     This Court may not decline its exclusive jurisdiction of this action presented under threat of a fine, penalty or forfeiture incurred under an Act of Congress that established its original jurisdiction: *"It is most true that this court will not take jurisdiction if it should not; but it is equally true that it must take jurisdiction if it should. The judiciary cannot, as the legislature may, avoid a measure because it approaches the confines of the Constitution. We cannot pass it by because it is doubtful. With whatever doubts, with whatever difficulties, a case may be attended, we must decide it, if it be brought before us. We have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the Constitution. Questions may occur which we would gladly avoid, but we cannot avoid them. All we can do is to exercise our best judgment, and conscientiously perform our duty."* -ex parte Young, 209 U.S. 123, 143 (1908).

51.     Venue is proper in this Court because Interpleader and the land are located within the judicial knowledge and geographic authority of this district court. The parties alleging to be withholding Interpleader's interests and property, under any theory of law, conduct themselves in the district of this Court and are subjects of its jurisdiction.

52.     This Court has diversity jurisdiction over this equitable Bill in Interpleader as Defendants and Joinder Defendants are all diverse and located outside this district. See 28 U.S.C. §§ 1332 and 1335.

53.     The law of this Case is the Constitution of the United States (1787), Art. III, Sec. 2 and Art. I, Sec. 8, Clause 2, and the Bill of Rights. A true and correct copy of the law of this case is permanently annexed hereto as **Annex C**, with original record held by the National Archivist as Custodian (see also, https://www.archives.gov/founding-docs/constitution)

## PART FIVE. LEGAL STANDARD OF EQUITY INTERPLEADER

54.     This complaint is proper in that district courts shall have original and exclusive jurisdiction of all federal questions 28 U.S.C. § 1331 and over matters in the nature of Equity Interpleader created under an Act of Congress. 28 U.S.C. § 1335 and P.L. 39 Stat. 929.

55.     In an FRCP Rule 22 Interpleader, there is no jurisdictional requirement of making a deposit of the property in question with the court. *Murphy v. Travelers, Inc.* 534 F.2d 1155 (5th Cir. 1976); *Bauer v. Uniroyal Tire Co.*, 630 F.2d 1287 (8th Cir. 1980).

56.     Interpleader has properly plead her interest in the gold contract, tendered in exchange for the land upon which she lives and seeks security in her person, and has informed this Court that she disclaims and disavows all interest claimed by others as withheld under false GAAP accounting and the UCC as specifically set forth in 28 U.S.C. § 1335 and 50 U.S.C. § 4305(b)(2). Interpleader is entitled to set off, discharge and acquittal from liability.

57.     In interpleader, as most simply defined at 48 C.J.S. Interpleader § 2, p. 38 (1947), one " * * * who owes or is in possession of money or property in which he disclaims any title or interest but which is claimed by two or more persons, prays that the claimants be compelled to state their several claims, so that the court may adjudge to whom the matter or thing in controversy belongs. The office or function of the remedy is to protect one against conflicting claims and double vexation with respect to one liability."

58.     Rule 22 of the Federal Rules of Civil Procedure, 28 U.S.C.A., set out at f.n. 1, supra, was promulgated in 1937 and stands as promulgated except that sub-paragraph (2) was amended, effective October 20, 1949, to reflect the passage of Title 28 U.S.C. into positive law. Professor Moore, in his treatise, notes that Rule 22 " * * * provides the most modern and liberal method of obtaining interpleader to be found." 3 Moore, supra, par. 22.04 at p. 3007. By its own terms Rule 22 is intended to be "in addition to" statutory interpleader "and in no way supersedes or limits" remedies provided under statutory interpleader. Interpleader is now aware of parties in the custody of property and operating a system of records holding rights in property, undisclosed but named herein, that must be joined for appropriate disposition of all matters and adverse claims between said parties, and as they may appear or as they may object to the termination of custodial agreements and disposition of the property now in dispute.  *See Rule 22(b).*

59.     The mere fact that the Interpleader has a real, reasonable, bona fide fear of exposure to multiple claims or the hazards and vexation of conflicting claims is sufficient to establish an action in Interpleader. *American Fidelity Fire Insurance Co. v. Construcciones Werl, Inc.*, 407 Supp. 164 (D. Virgin Islands 1975) *See also, Underwriters at Lloyd's v. Nichols*, 363 F.2d 357 (8th Cir. 1966).

60.     Interpleader has a good faith and bona fide fear that the conflicting claims among the Defendants and Joinder Defendants to the property set forth herein under false GAAP and UCC theory creates multiple liabilities and losses of property to Interpleader and possibly to the United States as Defendant appears to be embezzling funds in direct challenge to the national debt in violation of the 14th Amendment and the Trading with the Enemy Act.

61.     Interpleader, as obligee of a Government Obligation under a gold contract, is entitled to the set off cognizable by this Court under 28 U.S.C. § 1346(c), which may not be repudiated under the abrogation of the gold clause, deemed unconstitutional by the Supreme Court and updated in 31 U.S.C. § 5118(2020) making *Perry, supra* the controlling law.

62.     31 U.S.C. § 5118(2020) recognized that the abrogation of the gold clause in government obligations established by P.L. 48 Stat. 113 was deemed unconstitutional. See, THE CONSTITUTION of the UNITED STATES OF AMERICA ANALYSIS AND INTERPRETATION ANALYSIS OF CASES DECIDED BY THE SUPREME COURT OF THE UNITED STATES TO JUNE 28, 2002; "ACTS OF CONGRESS HELD UNCONSTITUTIONAL IN WHOLE OR IN PART BY THE SUPREME COURT OF THE UNITED STATES" footnote 60. Joint Resolution of June 5, 1933 (48 Stat. 113, § 1). Abrogation of gold clause in Government obligations, held a repudiation of the pledge implicit in the power to borrow money (Article I, § 8, clause 2), and within the prohibition of the Fourteenth Amendment, against questioning the validity of the public debt.

63.     A tort exists in the failure of the government to discharge the obligations of the people by the false use of military script currency, politically established to reduce the purchasing power of gold and the people's money, entitling interpleader to set off.

64.     Regardless, the evidence that the gold contract unlawfully converted to a cash item pursuant to Title 12, then held as an off balance sheet asset then pledged to more than one entity *separate and distinct* from UWM, is a bona fide issue of material fact, and subject to a bill in equity wherein all parties may, through full adjudication and audit, establish their basis, each and every one of them.

65.     The Joinder of additional Defendant parties, after the audit and confirmation by the IRS as their interests or basis shall appear, are all subject to jurisdiction of this Bill in Interpleader under federal questions, diversity, and the original jurisdiction of the district court by operation of law at 28 U.S.C. §§1335, 2361 and F.R.C.P. 22.

66.     Since an action in Interpleader creates a Disputed Ownership Fund as set forth in the standing orders of this district court, entities established under the laws of the United States have reportable taxable interests in property held in the premises under Federal EIN identifiers and are located outside of this district as it relates to Interpleader, creating diversity required under §§ 1332 and 1335. Regardless, Interpleader pursuant to Fed. R. Civ. P. 22 does not require diversity.

67.     Since Interpleader has tendered gold to purchase her land, both property of substance, and since Interpleader disclaims and disavows all right title and interest in the "withholding" or false GAAP and UCC accounting created by false reporting of the Defendants and Joinder Defendants, Interpleader is entitled to an injunction from the parties actions to sell her land, until the Government appears and provides set off under its obligation of the gold contract.

68.     Interpleader is entitled to discharge of all obligations and protection of her life, land and property by operation of the law of this case.

## PART SIX.  MISCELLANEOUS CERTIFICATIONS

69.     Pursuant to the Federal Rules of Civil Procedure and the equitable origins of interpleader, Interpleader will promptly serve Defendant and Joinder Defendants a true and correct copy of the summons and complaint filed in this Court along with an appropriate *Lis Pendens* to preserve her rights in her land.

## PART SEVEN. TENDER AND GOLD OBLIGATIONS

70.     The court is noticed that a gold contract was tendered to this Court with the original action in Interpleader. All deposits in the custody of this Court by Interpleader create a Disputed Ownership Fund including Court Registry Investment Funds, as well as the 100% stock interest in the United States, a gold contract and government obligation owed to Interpleader, which is assignable to and for the Account of the United States in support of discharge and acquittal of any liability of chose in action against Interpleader pursuant to 50 U.S.C. § 4305(b)(2). See also 28 U.S.C. § 1346(c).

71.     Interpleader has a claim against the United States, for payment of a gold contract, which is assignable by operation of 31 U.S.C. § 3727 as a government obligation constituting a tier 1 asset defined as an eligible obligation. Assignment of gold obligations may be treated as cash, bank drafts, certified checks and postal money orders in the false GAAP and UCC accounting scheme pursuant to 31 U.S.C. § 9303(c)(2, 3, 4 &5).

72.     Interpleader has assigned all interest held through GAAP and UCC accounting to and for the account of the United States in good faith pursuance and reliance upon 50 U.S.C. § 4305(b)(2) and Interpleader is entitled to discharge and acquittal and the protection of her life, land and property as a non-enemy, holding gold of substance.

73.     Transfer of interest to the United States shall constitute disclaimer of all derivative securities created from the gold contract pursuant to 26 U.S.C. § 2518 and all interest shall be deposited with the Treasurer of the United States. 28 U.S.C. § 2041.

74.     Interpleader hereby tenders an additional gold contract as an assignment of the government obligation to the custody of this Court for the purpose of (i.) releasing and discharging the undersigned from any liability with regard to an alleged obligation, (ii.) suspending the Defendant and Joinder Defendants' power of alienation of property with regard to the alleged obligation, and (iii) in return for Interpleader's unlimited private enjoyment of the land known as: 1056 West 52nd Street, Los Angeles. On California (See **Annex D** Certified Non-UCC Financing Statements with Schedules).

75.     Interpleader has requested the Treasurer enter the information on the transfer books by delivery of notice of the assignment of the government obligation cognizable by this Court under 28 U.S.C. § 1346(c).

## PART EIGHT. CONCLUSION

Based upon the information contained within and attached thereto, this district court has ***original*** and exclusive jurisdiction over this Bill in Interpleader as a federal and constitutional questions under the law of the Case which will be entered into evidence as self-authenticating. Any attempt to disregard the law of the case or the government obligations thereunder is a violation of the binding oath of office to protect and defend, treason to the Constitution. Pursuant to 28 U.S.C. 1331, 1332, 1335, 1346(c), 2361 and FRCP, all in reverence to the law of the case, Interpleader is entitled to this Bill in Equity seeking set off by and through the Government obligation to appear, set off, discharge and indemnification of Interpleader from any action against Interpleader's land, protection of life, land, and property from all Defendants.

Wherefore, Interpleader tendered gold and assignment of a gold contract to the custody of the law and brings this Bill in Interpleader to this Honorable Court for the remedies owed to Interpleader and discharge and disposition of all obligations owed on behalf of Interpleader by operation of the law of the case.

Respectfully Submitted,

July 5, 2023

Elzira Mae Wilburn, Interpleader

By _____

EMT Revocable Living Trust, Attorney-In-Fact

## Verification

The undersigned affiant states and affirms that the foregoing is true correct and complete under the comprehension of the penalty of perjury under the laws of nature and the United States of America, in witness of my Creator and in the Lord Jesus Christ's name.

Elzira Mae Wilburn, Interpleader

By _____

EMT Revocable Living Trust, Attorney-In-Fact

17

PROOF OF SERVICE

I am over the age of 18 and not a party to this action, and on July 6th, 2023 I served the foregoing document(s) by U.S. Mail or personal service described as **FIRST AMENDED BILL IN EQUITY INTERPLEADER (VERIFIED)** to the following parties:

QUALITY LOAN SERVICE CORPORATION
Attn: Mr. Kevin R McCarthy, Chief Executive Officer
2763 Camino Del Rio South
San Diego, CA 92108

United Shore Financial Services, LLC d/b/a
UNITED WHOLESALE MORTGAGE
ATTN: Andrew Hubacker,  CHIEF FINANCIAL OFFICER
585 South Boulevard East
Pontiac, MI 48341

ALLSPRING FUNDS MANAGEMENT, LLC
Attn: Andrew Owen
525 Market Street
San Francisco, CA 94163

TREASURER OF THE UNITED STATES
1500 Pennsylvania Avenue NW
Washington, DC   20220

I declare in comprehension of the laws for penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 6th, 2023

SIGNATURE:

NAME OF PERSON MAILING PAPERS:   Tasha Benson

## Your CUSIP Results are as follows:

**ELZIRA MAE WILBURN (ACCT 0144794658 [LOAN NUMBER])**
**Allspring Opportunity Fund**
Symbol:                              WOFDX
CUSIP:                               949915474

Inception Date:                      8/30/2002
Net Assets:                          $1,764,958,000.00 as of
                                     12/30/2022
Portfolio Assets:                    $1,764,958,000.00 as of
                                     12/30/2022

### A little about the Fund:

Allspring Opportunity Fund seeks capital growth. The Fund invests in equity securities of medium-capitalization companies that the Fund's managers believe are underpriced, yet have attractive growth prospects.



Annex A

19

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>ELZIRA MAE WILBURN<br>1056 West 52nd Street<br><br>Los Angeles CA 90037<br>(213) 718-7053 | | Applicable checkbox on Form 8949<br><br>B | OMB No. 1545-0715<br><br>20**22**<br>Form **1099-B** | **Proceeds From Broker and Barter Exchange Transactions** |
|---|---|---|---|---|
| | | **1a** Description of property (Example: 100 sh. XYZ Co.)<br>Signature Exchanged For Funds Accessed | | |
| | | **1b** Date acquired<br>9/17/2020 | **1c** Date sold or disposed | |
| PAYER'S TIN<br><br>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 | RECIPIENT'S TIN<br><br>XX-XXX0395 | **1d** Proceeds<br>$          285000.00 | **1e** Cost or other basis<br>$ | **Copy B**<br>**For Recipient** |
| | | **1f** Accrued market discount<br>$ | **1g** Wash sale loss disallowed<br>$ | |
| RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code<br><br>United Shore Financial Services, LLC dba<br>UNITED WHOLESALE MORTGAGE<br>585 SOUTH BOULEVARD EAST<br><br>PONTIAC MI 48341 | | **2** Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary ☐ | **3** If checked, proceeds from:<br>Collectibles ☐<br>QOF ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | **4** Federal income tax withheld<br>$ | **5** If checked, noncovered security ☐ | |
| | | **6** Reported to IRS:<br>Gross proceeds ☐<br>Net proceeds ☐ | **7** If checked, loss is not allowed based on amount in 1d ☐ | |
| Account number (see instructions)<br>0144794658 | | **8** Profit or (loss) realized in 2022 on closed contracts<br>$ | **9** Unrealized profit or (loss) on open contracts—12/31/2021<br>$ | |
| CUSIP number<br>949915474 | FATCA filing requirement ☐ | **10** Unrealized profit or (loss) on open contracts—12/31/2022<br>$ | **11** Aggregate profit or (loss) on contracts<br>$ | |
| **14** State name | **15** State identification no. | **16** State tax withheld<br>$<br>$ | **12** If checked, basis reported to IRS ☐ | **13** Bartering<br>$          285000.00 |

Form **1099-B**                    (Keep for your records)                    Department of the Treasury - Internal Revenue Service

Annex B

20





**Annex C**

# We the People

of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

## Article. I.

Section. 1. All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

Section. 2. The House of Representatives shall be composed of Members chosen every second Year by the People of the several States, and the Electors in each State shall have the Qualifications requisite for Electors of the most numerous Branch of the State Legislature.

No Person shall be a Representative who shall not have attained to the Age of twenty five Years, and been seven Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State in which he shall be chosen.

Representatives and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective Numbers, which shall be determined by adding to the whole Number of free Persons, including those bound to Service for a Term of Years, and excluding Indians not taxed, three fifths of all other Persons. The actual Enumeration shall be made within three Years after the first Meeting of the Congress of the United States, and within every subsequent Term of ten Years, in such Manner as they shall by Law direct. The Number of Representatives shall not exceed one for every thirty Thousand, but each State shall have at Least one Representative; and until such enumeration shall be made, the State of New Hampshire shall be entitled to chuse three, Massachusetts eight, Rhode-Island and Providence Plantations one, Connecticut five, New-York six, New Jersey four, Pennsylvania eight, Delaware one, Maryland six, Virginia ten, North Carolina five, South Carolina five, and Georgia three.

When vacancies happen in the Representation from any State, the Executive Authority thereof shall issue Writs of Election to fill such Vacancies.

The House of Representatives shall chuse their Speaker and other Officers; and shall have the sole Power of Impeachment.

Section. 3. The Senate of the United States shall be composed of two Senators from each State, chosen by the Legislature thereof, for six Years; and each Senator shall have one Vote.

Immediately after they shall be assembled in Consequence of the first Election, they shall be divided as equally as may be into three Classes. The Seats of the Senators of the first Class shall be vacated at the Expiration of the second Year, of the second Class at the Expiration of the fourth Year, and of the third Class at the Expiration of the sixth Year, so that one third may be chosen every second Year; and if Vacancies happen by Resignation, or otherwise, during the Recess of the Legislature of any State, the Executive thereof may make temporary Appointments until the next Meeting of the Legislature, which shall then fill such Vacancies.

No Person shall be a Senator who shall not have attained to the Age of thirty Years, and been nine Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State for which he shall be chosen.

The Vice President of the United States shall be President of the Senate, but shall have no Vote, unless they be equally divided.

The Senate shall chuse their other Officers, and also a President pro tempore, in the Absence of the Vice President, or when he shall exercise the Office of President of the United States.

The Senate shall have the sole Power to try all Impeachments. When sitting for that Purpose, they shall be on Oath or Affirmation. When the President of the United States is tried, the Chief Justice shall preside: And no Person shall be convicted without the Concurrence of two thirds of the Members present.

Judgment in Cases of Impeachment shall not extend further than to removal from Office, and disqualification to hold and enjoy any Office of honor, Trust or Profit under the United States: but the Party convicted shall nevertheless be liable and subject to Indictment, Trial, Judgment and Punishment, according to Law.

Section. 4. The Times, Places and Manner of holding Elections for Senators and Representatives, shall be prescribed in each State by the Legislature thereof; but the Congress may at any time by Law make or alter such Regulations, except as to the Places of chusing Senators.

The Congress shall assemble at least once in every Year, and such Meeting shall be on the first Monday in December, unless they shall by Law appoint a different Day.

Section. 5. Each House shall be the Judge of the Elections, Returns and Qualifications of its own Members, and a Majority of each shall constitute a Quorum to do Business; but a smaller Number may adjourn from day to day, and may be authorized to compel the Attendance of absent Members, in such Manner, and under such Penalties as each House may provide.

Each House may determine the Rules of its Proceedings, punish its Members for disorderly Behaviour, and, with the Concurrence of two thirds, expel a Member.

Each House shall keep a Journal of its Proceedings, and from time to time publish the same, excepting such Parts as may in their Judgment require Secrecy; and the Yeas and Nays of the Members of either House on any question shall, at the Desire of one fifth of those Present, be entered on the Journal.

Neither House, during the Session of Congress, shall, without the Consent of the other, adjourn for more than three days, nor to any other Place than that in which the two Houses shall be sitting.

Section. 6. The Senators and Representatives shall receive a Compensation for their Services, to be ascertained by Law, and paid out of the Treasury of the United States. They shall in all Cases, except Treason, Felony and Breach of the Peace, be privileged from Arrest during their Attendance at the Session of their respective Houses, and in going to and returning from the same; and for any Speech or Debate in either House, they shall not be questioned in any other Place.

No Senator or Representative shall, during the Time for which he was elected, be appointed to any civil Office under the Authority of the United States, which shall have been created, or the Emoluments whereof shall have been encreased during such time; and no Person holding any Office under the United States, shall be a Member of either House during his Continuance in Office.

Section. 7. All Bills for raising Revenue shall originate in the House of Representatives; but the Senate may propose or concur with Amendments as on other Bills.

Every Bill which shall have passed the House of Representatives and the Senate, shall, before it become a Law, be presented to the President of the United States;

United States; If he approve he shall sign it, but if not he shall return it, with his Objections to that House in which it shall have originated, who shall enter the Objections at large on their Journal, and proceed to reconsider it. If after such Reconsideration two thirds of that House shall agree to pass the Bill, it shall be sent, together with the Objections, to the other House, by which it shall likewise be reconsidered, and if approved by two thirds of that House, it shall become a Law. But in all such Cases the Votes of both Houses shall be determined by yeas and Nays, and the Names of the Persons voting for and against the Bill shall be entered on the Journal of each House respectively. If any Bill shall not be returned by the President within ten Days (Sundays excepted) after it shall have been presented to him, the Same shall be a Law, in like Manner as if he had signed it, unless the Congress by their Adjournment prevent its Return, in which Case it shall not be a Law.

Every Order, Resolution, or Vote to which the Concurrence of the Senate and House of Representatives may be necessary (except on a question of Adjournment) shall be presented to the President of the United States; and before the Same shall take Effect, shall be approved by him, or being disapproved by him, shall be repassed by two thirds of the Senate and House of Representatives, according to the Rules and Limitations prescribed in the Case of a Bill.

Section. 8. The Congress shall have Power To lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the common Defence and general Welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States;

To borrow Money on the credit of the United States;

To regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes;

To establish an uniform Rule of Naturalization, and uniform Laws on the subject of Bankruptcies throughout the United States;

To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures;

To provide for the Punishment of counterfeiting the Securities and current Coin of the United States;

To establish Post Offices and post Roads;

To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries;

To constitute Tribunals inferior to the supreme Court;

To define and punish Piracies and Felonies committed on the high Seas, and Offences against the Law of Nations;

To declare War, grant Letters of Marque and Reprisal, and make Rules concerning Captures on Land and Water;

To raise and support Armies, but no Appropriation of Money to that Use shall be for a longer Term than two Years;

To provide and maintain a Navy;

To make Rules for the Government and Regulation of the land and naval Forces;

To provide for calling forth the Militia to execute the Laws of the Union, suppress Insurrections and repel Invasions;

To provide for organizing, arming, and disciplining, the Militia, and for governing such Part of them as may be employed in the Service of the United States, reserving to the States respectively, the Appointment of the Officers, and the Authority of training the Militia according to the discipline prescribed by Congress;

To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings; — And

To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof.

Section. 9. The Migration or Importation of such Persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the Year one thousand eight hundred and eight, but a Tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person.

The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it.

No Bill of Attainder or ex post facto Law shall be passed.

No Capitation, or other direct, Tax shall be laid, unless in Proportion to the Census or Enumeration herein before directed to be taken.

No Tax or Duty shall be laid on Articles exported from any State.

No Preference shall be given by any Regulation of Commerce or Revenue to the Ports of one State over those of another: nor shall Vessels bound to, or from, one State, be obliged to enter, clear, or pay Duties in another.

No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time.

No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State.

Section. 10. No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.

No State shall, without the Consent of Congress, lay any Imposts or Duties on Imports or Exports, except what may be absolutely necessary for executing its inspection Laws: and the net Produce of all Duties and Imposts, laid by any State on Imports or Exports, shall be for the Use of the Treasury of the United States; and all such Laws shall be subject to the Revision and Controul of the Congress.

No State shall, without the Consent of Congress, lay any Duty of Tonnage, keep Troops, or Ships of War in time of Peace, enter into any Agreement or Compact with another State, or with a foreign Power, or engage in War, unless actually invaded, or in such imminent Danger as will not admit of delay.

# Article. II.

Section. 1. The executive Power shall be vested in a President of the United States of America. He shall hold his Office during the Term of four Years, and, together with the Vice President, chosen for the same Term, be elected, as follows

Each State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors, equal to the whole Number of Senators and Representatives to which the State may be entitled in the Congress: but no Senator or Representative, or Person holding an Office of Trust or Profit under the United States, shall be appointed an Elector.

The Electors shall meet in their respective States, and vote by Ballot for two Persons, of whom one at least shall not be an Inhabitant of

the same State with themselves. And they shall make a List of all the Persons voted for, and of the Number of Votes for each; which List they shall sign and certify, and transmit sealed to the Seat of the Government of the United States, directed to the President of the Senate. The President of the Senate shall, in the Presence of the Senate and House of Representatives, open all the Certificates, and the Votes shall then be counted. The Person having the greatest Number of Votes shall be the President, if such Number be a Majority of the whole Number of Electors appointed; and if there be more than one who have such Majority, and have an equal Number of Votes, then the House of Representatives shall immediately chuse by Ballot one of them for President; and if no Person have a Majority, then from the five highest on the List the said House shall in like Manner chuse the President. But in chusing the President, the Votes shall be taken by States, the Representation from each State having one Vote; A quorum for this Purpose shall consist of a Member or Members from two thirds of the States, and a Majority of all the States shall be necessary to a Choice. In every Case, after the Choice of the President, the Person having the greatest Number of Votes of the Electors shall be the Vice President. But if there should remain two or more who have equal Votes, the Senate shall chuse from them by Ballot the Vice President.

The Congress may determine the Time of chusing the Electors, and the Day on which they shall give their Votes; which Day shall be the same throughout the United States.

No Person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty five Years, and been fourteen Years a Resident within the United States.

In Case of the Removal of the President from Office, or of his Death, Resignation, or Inability to discharge the Powers and Duties of the said Office, the same shall devolve on the Vice President, and the Congress may by Law, provide for the Case of Removal, Death, Resignation or Inability, both of the President and Vice President, declaring what Officer shall then act as President, and such Officer shall act accordingly, until the Disability be removed, or a President shall be elected.

The President shall, at stated Times, receive for his Services, a Compensation, which shall neither be encreased nor diminished during the Period for which he shall have been elected, and he shall not receive within that Period any other Emolument from the United States, or any of them.

Before he enter on the Execution of his Office, he shall take the following Oath or Affirmation:—"I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will to the best of my Ability, preserve, protect and defend the Constitution of the United States."

Section. 2. The President shall be Commander in Chief of the Army and Navy of the United States, and of the Militia of the several States, when called into the actual Service of the United States; he may require the Opinion, in writing, of the principal Officer in each of the executive Departments, upon any Subject relating to the Duties of their respective Offices, and he shall have Power to grant Reprieves and Pardons for Offences against the United States, except in Cases of Impeachment.

He shall have Power, by and with the Advice and Consent of the Senate, to make Treaties, provided two thirds of the Senators present concur; and he shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassadors, other public Ministers and Consuls, Judges of the supreme Court, and all other Officers of the United States, whose Appointments are not herein otherwise provided for, and which shall be established by Law: but the Congress may by Law vest the Appointment of such inferior Officers, as they think proper, in the President alone, in the Courts of Law, or in the Heads of Departments.

The President shall have Power to fill up all Vacancies that may happen during the Recess of the Senate, by granting Commissions which shall expire at the End of their next Session.

Section. 3. He shall from time to time give to the Congress Information of the State of the Union, and recommend to their Consideration such Measures as he shall judge necessary and expedient; he may, on extraordinary Occasions, convene both Houses, or either of them, and in Case of Disagreement between them, with Respect to the Time of Adjournment, he may adjourn them to such Time as he shall think proper; he shall receive Ambassadors and other public Ministers; he shall take Care that the Laws be faithfully executed, and shall Commission all the Officers of the United States.

Section. 4. The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

# Article III.

Section. 1. The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office.

Section. 2. The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States shall be a Party;—to Controversies between two or more States;—between a State and Citizens of another State;—between Citizens of different States;—between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

The Trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

Section. 3. Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.

The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.

# Article IV.

Section. 1. Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And



Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

Section. 2. The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.

A Person charged in any State with Treason, Felony, or other Crime, who shall flee from Justice, and be found in another State, shall on Demand of the executive Authority of the State from which he fled, be delivered up, to be removed to the State having Jurisdiction of the Crime.

No Person held to Service or Labour in one State, under the Laws thereof, escaping into another, shall, in Consequence of any Law or Regulation therein, be discharged from such Service or Labour, but shall be delivered up on Claim of the Party to whom such Service or Labour may be due.

Section. 3. New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the Jurisdiction of any other State; nor any State be formed by the Junction of two or more States, or Parts of States, without the Consent of the Legislatures of the States concerned as well as of the Congress.

The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State.

Section. 4. The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.

# Article. V.

The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose Amendments to this Constitution, or, on the Application of the Legislatures of two thirds of the several States, shall call a Convention for proposing Amendments, which, in either Case, shall be valid to all Intents and Purposes, as Part of this Constitution, when ratified by the Legislatures of three fourths of the several States, or by Conventions in three fourths thereof, as the one or the other Mode of Ratification may be proposed by the Congress; Provided that no Amendment which may be made prior to the Year One thousand eight hundred and eight shall in any Manner affect the first and fourth Clauses in the Ninth Section of the first Article; and that no State, without its Consent, shall be deprived of its equal Suffrage in the Senate.

# Article. VI.

All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

# Article. VII.

The Ratification of the Conventions of nine States, shall be sufficient for the Establishment of this Constitution between the States so ratifying the Same.

The Word, "the," being interlined between the seventh and eighth Lines of the first Page, The Word "Thirty" being partly written on an Erazure in the fifteenth Line of the first Page, The Words "is tried" being interlined between the thirty second and thirty third Lines of the first Page and the Word "the" being interlined between the forty third and forty fourth Lines of the second Page.

Attest William Jackson Secretary

done in Convention by the Unanimous Consent of the States present the Seventeenth Day of September in the Year of our Lord one thousand seven hundred and Eighty seven and of the Independance of the United States of America the Twelfth In witness whereof We have hereunto subscribed our Names,

Go: Washington — Presidt. and deputy from Virginia

Delaware { Geo: Read, Gunning Bedford jun, John Dickinson, Richard Bassett, Jaco: Broom }

Maryland { James McHenry, Dan of St Thos. Jenifer, Danl Carroll }

Virginia { John Blair —, James Madison Jr. }

North Carolina { Wm Blount, Richd. Dobbs Spaight, Hu Williamson }

South Carolina { J. Rutledge, Charles Cotesworth Pinckney, Charles Pinckney, Pierce Butler }

Georgia { William Few, Abr Baldwin }

New Hampshire { John Langdon, Nicholas Gilman }

Massachusetts { Nathaniel Gorham, Rufus King }

Connecticut { Wm. Saml. Johnson, Roger Sherman }

New York . . . Alexander Hamilton

New Jersey { Wil: Livingston, David Brearley, Wm. Paterson, Jona: Dayton }

Pensylvania { B Franklin, Thomas Mifflin, Robt Morris, Geo. Clymer, Thos. FitzSimons, Jared Ingersoll, James Wilson, Gouv Morris }

# Maryland Department of Assessments and Taxation

## Taxpayer Services Division | Business Services

**Search Response**

# CERTIFIED COPY

Dated: 7/1/2023 12:19:31 PM

Search Criteria Entered:

**Filing Number Search**

Filing Number1 (UCC1): 230625-1503000
Filing Number2 (UCC1):
Filing Number3 (UCC1):
Filing Number4 (UCC1):
Filing Number5 (UCC1):
Filing Number6 (UCC1):



## STATE OF MARYLAND

I hereby certify that this is a true and complete copy of the

27 page document on file in this office.

Dated: 7/1/2023 12:19:31 PM

### STATE DEPARTMENT OF ASSESSMENTS AND TAXATION

By: Michael L. Higgs, Director    



# UCC-1

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Elzira Mae Wilburn TTEE

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

EMT REVOCABLE LIVING TRUST

1056 West 52nd Street

Los Angeles, CA 90037

MD DEPT. OF ASSESSMENTS & TAXATION
230625-1503000 NS
Lapse Date: 06/25/2028
Date: 6/25/2023
Time: 3:03 PM
Page Count: Pg 2
Debtor Count:
Filing Fees: $75.00
Electronic Records Access: $0.00
Total: $75.00
Order ID# 65189208

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| UNITED STATES GOVERNMENT | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1600 Pennsylvania Avenue NW | city of Washington | DC | 20500 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| UNITED STATES DEPARTMENT OF THE TREASURY | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1500 Pennsylvania Avenue NW | city of Washington | DC | 20220 | US |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| EMT REVOCABLE LIVING TRUST | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1056 West 52nd Street | Los Angeles | CA | 90037 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:

See attachment.

**5.** Check only if applicable and check only one box: Collateral is [X] held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box: **6b.** Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility   ☐ Agricultural Lien   [X] Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   [X] Bailee/Bailor   ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
31 U.S.C. § 5118 (2020) and Perry v. US, 294 U.S. 330(1935)

(Rev. 04/20/11)

26

# UCC FINANCING STATEMENT ADDENDUM    UCC-1Ad
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
UNITED STATES GOVERNMENT

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)                                            SUFFIX

MD DEPT. OF ASSESSMENTS & TAXATION
230625-1503000

6/25/2023
3:03 PM
25 Pg
2
$75.00
$0.00
$75.00
65189208

Date:
Time:
Page Count:
Debtor Count:
Filing Fees:
Electronic Records Access:
Total:
Order ID#

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                                     SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

See attachment.

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:
(Government may not repudiate its obligations)

27

(Rev. 04/20/11)

**Collateral Description**                    Schedule A

This Non-UCC financing statement confirms the Government Obligation on the Gold Contract created by the issuance of the Gold Certificate #▬▬▬▬▬▬, granted by the United States Government through its franchise the State of Illinois on August 1st, 1959 at UTC -5 and registered on the transfer books of the Secretary on August 3rd, 1959.

The abrogation of the gold clause in government obligations established by P.L. 48 Stat. 113 was deemed unconstitutional. See, THE CONSTITUTION of the UNITED STATES OF AMERICA ANALYSIS AND INTERPRETATION ANALYSIS OF CASES DECIDED BY THE SUPREME COURT OF THE UNITED STATES TO JUNE 28, 2002; "ACTS OF CONGRESS HELD UNCONSTITUTIONAL IN WHOLE OR IN PART BY THE SUPREME COURT OF THE UNITED STATES" 60. Joint Resolution of June 5, 1933 (48 Stat. 113, § 1). Abrogation of gold clause in Government obligations, held a repudiation of the pledge implicit in the power to borrow money (Article I, § 8, clause 2), and within the prohibition of the Fourteenth Amendment, against questioning the validity of the public debt. (The majority of the Court, however, held plaintiff not entitled to recover under the circumstances.) *Perry v. United States, 294 U.S. 330 (1935).*

Wherefore, 31 U.S. Code 5118 (2020) establishes the provisions for executing a proper gold contract where the object of the contract is gold. The Debtors may not repudiate obligations owed in gold. *Perry, supra.* The remedy under this established record of the government obligation #▬▬▬▬ ▬▬▬▬ allows for the assignment of claims in gold (31 U.S.C. § 3727) and such assignments of eligible obligations shall be treated as a certified check, bank draft, postal money, or cash (31 U.S.C § 9303 (c)(2, 3, 4 & 5). For the purpose of this Schedule A, the value of the gold contract #▬▬▬▬▬▬ is hereby set at $500,000,000.00 in Federal Reserve Notes, periodically adjusted for reduction of purchasing power.

Neither Generally Accepted Accounting Principals or the Uniform Commercial Code apply to this schedule or amounts tendered in gold coin of proper weight and measure. Partial assignments of this government obligation shall constitute lawful gold tender of a gold contract and meeting of the minds that the object of the contract is gold per 31 U.S.C. § 5118 (2020).

RETURN ADDRESS

Honorable elzira mae thornton
1056 West 52nd Street
Los Angeles, California [90037

**Document Title(s)**

BIRTH CERTIFICATE

**Reference Number(s) of Related Documents**

**Grantor(s)** (Last, First and Middle Initial)                                    Additional Reference #'s on page:

STATE OF ILLINOIS

Additional Grantors on page:

**Grantee(s)** (Last, First and Middle Initial)

Elzira Mae Thornton

Additional Grantees on page:

**Legal Description** (abbreviated form: i.e. lot, block, plat or section, township, range, quarter/quarter)

State File #

Additional legal is on page:

**Assessor's Property Tax Parcel/Account Number**

Additional parcel #'s on page:

The Auditor/Recorder will rely on the information provided on this form. The staff will not read the document to verify the accuracy or completeness of the indexing information provided herein.

4965051                          Pages: 4
01/23/2023 08.38 AM  Birth Certificate
Thurston County Washington
ELZIRA MAE THORNTON

29



4965051  Page 3 of 4 01/23/2023 08:38 AM Thurston County WA

TO TEST FOR AUTHENTICITY: The face of this document has a multicolored background. Verification of some of these security features can be accomplished by:
· Holding the *SafeImage* security paper up to transit light, to verify the words "SAFE" and "VERIFY FIRST" in the true fourdrinier watermark.
· Identifying visible blue and red fibers embedded in the paper.
· Applying fresh liquid bleach to activate color stain chemical protection reaction.
· Face of document has a full bleed blue border with ornate lines including reverse microtext.
· This backer copy is constructed of a full bleed microtext relief showing larger state seals. Inspection under magnifier shows "ILLINOIS BIRTH CERTIFICATE" in microtext.
· Document is protected with tactile holographic seals. Hold to light to verify both.
　　Left seal shows "ILLINOIS BIRTH CERTIFICATE" with tactile lines over printing seal.
　　Right seal shows "LOCK-KEY-SAFE" flip imagery and guilloche tactile ridges with "B" and "C" latent images.
· Inspect background with a magnifier to verify the encrypted NaSICopy™ algorithm in body of document.
· Photocopying this document produces the word "VOID" across the face.

U.S. Security Patents: 5,836,874, 7,772,248, 5,873,604, 5,704,651, 6,396,927, 6,865,406, 6,892,230, 7,196,822

www.isp-vll.com  Ref: 116605

30

4965051  Page 4 of 4 01/23/2023 08:38 AM Thurston County WA

**CALIFORNIA ACKNOWLEDGMENT**                                        CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _LOS Angeles_ }

On _Jan. 9, 2023_ before me, _D. M. Steel_
　　　Date　　　　　　　　　　　Here Insert Name and Title of the Officer

personally appeared _MAE Wilburn AKA_
　　　　　　　　　　　　Name(s) of Signer(s)

_MAE Thornton_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

> My Comm. Expires Nov 7, 2025
> Commission # 2383062
> Los Angeles County
> Notary Public - California
> D. M. STEED

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _D. M. Steel_

*Place Notary Seal and/or Stamp Above*　　　　Signature of Notary Public

———— OPTIONAL ————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Certificate of Birth_

Document Date: _9-28-2022_　　　　　　　Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _Elzira Wilburn_　　　　Signer's Name: _____
☐ Corporate Officer – Title(s): _____　☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General　　☐ Partner – ☐ Limited ☐ General
☑ Individual　　☐ Attorney in Fact　☐ Individual　　☐ Attorney in Fact
☐ Trustee　　☐ Guardian or Conservator　☐ Trustee　　☐ Guardian or Conservator
☐ Other: _____　　　　☐ Other: _____
Signer is Representing: _____　　　Signer is Representing: _____

©2018 National Notary Association

UCC-1 Financing Statement  2020　　　　　　　　　　　　　　　Page 6 of 27



There is a newer version of this Section                                                      ↓

View our newest version here                                                                 →

# 2020 US Code
# Title 31 - Money and Finance
# Subtitle IV - Money
# Chapter 51 - Coins and Currency
# Subchapter II - General Authority
# Sec. 5118 - Gold clauses and consent to sue

Download PDF

31 U.S.C. § 5118 (2020)

## §5118. Gold clauses and consent to sue

(a) In this section—

(1) "gold clause" means a provision in or related to an obligation alleging to give the obligee a right to require payment in—

(A) gold;

(B) a particular United States coin or currency; or

(C) United States money measured in gold or a particular United States coin or currency.

(2) "public debt obligation" means a domestic obligation issued or guaranteed by the United

32

States Government to repay money or interest.

(b) The United States Government may not pay out any gold coin. A person lawfully holding United States coins and currency may present the coins and currency to the Secretary of the Treasury for exchange (dollar for dollar) for other United States coins and currency (other than gold and silver coins) that may be lawfully held. The Secretary shall make the exchange under regulations prescribed by the Secretary.

(c)(1) The Government withdraws its consent given to anyone to assert against the Government, its agencies, or its officers, employees, or agents, a claim—

(A) on a gold clause public debt obligation or interest on the obligation;

(B) for United States coins or currency; or

(C) arising out of the surrender, requisition, seizure, or acquisition of United States coins or currency, gold, or silver involving the effect or validity of a change in the metallic content of the dollar or in a regulation about the value of money.

(2) Paragraph (1) of this subsection does not apply to a proceeding in which no claim is made for payment or credit in an amount greater than the face or nominal value in dollars of public debt obligations or United States coins or currency involved in the proceeding.

(3) Except when consent is not withdrawn under this subsection, an amount appropriated for payment on public debt obligations and for United States coins and currency may be expended only dollar for dollar.

(d)(1) In this subsection, "obligation" means any obligation (except United States currency) payable in United States money.

(2) An obligation issued containing a gold clause or governed by a gold clause is discharged on payment (dollar for dollar) in United States coin or currency that is legal tender at the time of payment. This paragraph does not apply to an obligation issued after October 27, 1977.

(Pub. L. 97–258, Sept. 13, 1982, 96 Stat. 985; Pub. L. 99–185, §2(d), Dec. 17, 1985, 99 Stat. 1178; Pub. L. 104–208, div. A, title II, §2609, Sept. 30, 1996, 110 Stat. 3009–475; Pub. L. 105–61, title VI, §641, Oct. 10, 1997, 111 Stat. 1318.)

### Historical and Revision Notes

| Revised Section | Source (U.S. Code) | Source (Statutes at Large) |
|---|---|---|

33

| 5118(a) | 31:773d. | Aug. 27, 1935, ch. 780, 49 Stat. 938. |
|---|---|---|
| 5118(b) | 31:315b. | Jan. 30, 1934, ch. 6, §5, 48 Stat. 340. |
| | 31:773a. | |
| 5118(c)(1), (2) | 31:773b. | |
| 5118(c)(3) | 31:773c. | |
| 5118(d) | 31:463. | June 5, 1933, ch. 48, §1, 48 Stat. 113. |
| | 31:463(note). | Oct. 28, 1977, Pub. L. 95–147, §4(c), 91 Stat. 1229. |

In subsection (a), before clause (1), the words "the phrase" are omitted as surplus. In clause (1), the words "declared to be against public policy by section 463 of this title" are omitted as surplus. Clause (2) is substituted for 31:773d(words after semicolon) for consistency in the revised title and to eliminate unnecessary words.

In subsection (b), the words "after January 30, 1934" in 31:315b are omitted as executed. The words "that may be lawfully held" are substituted for "which may be lawfully acquired and are legal tender for public and private debts" in 31:773a for consistency in the subsection and to eliminate unnecessary words. The words "and that the owners of the gold clause securities of the United States shall be, at their election, entitled to receive immediate payment of the stated dollar amount thereof with interest to the date of payment or to prior maturity or to prior redemption date, whichever is earlier" in section 1 of the Act of August 27, 1935 (ch. 780, 49 Stat. 938), are omitted as expired. The words "make the exchange" are substituted for "make such exchanges and payments upon presentation hereunder" to eliminate unnecessary words. The words "No gold shall after January 30, 1934, be coined" in 31:315b are omitted because of section 5112 of the revised title. The text of 31:315b(proviso) is omitted as unnecessary because of the restatement. The text of 31:315b(last sentence) is omitted as executed.

In subsection (c)(1), before clause (A), the word "Government" is substituted for "United States" for consistency in the revised title and with other titles of the United States Code. The words "to anyone" are added for clarity. The words "whether by way of suit, counterclaim, set-off, recoupment, or other affirmative action or defense in its own name or in the name of" are omitted as surplus. The word "employees" is added for consistency in the revised title and with other titles of the Code. The word "instrumentalities" is omitted as unnecessary because of section 101 of the revised title. The word "claim" is substituted for "right, privilege, or power" to eliminate unnecessary words and for consistency in the revised title and with other titles of the Code. The words "in any proceeding of any nature whatsoever" are omitted as surplus. In clause (C), the

34

words "or demand" are omitted as surplus.

In subsection (c)(2), the words "any suit commenced prior to August 27, 1935, or which may be commenced by January 1, 1936" are omitted as executed. The words "referred to in this section" are omitted as surplus.

In subsection (c)(3), the words "may be expended" are substituted for "an amount appropriated or authorized to be expended" and "shall be available for or expended in", and the words "dollar for dollar" are substituted for "on an equal and uniform dollar for dollar basis", to eliminate unnecessary words.

In subsection (d)(1), the words "including every obligation of and to the United States" are omitted as surplus. The text of 31:463(b)(words after semicolon) is omitted as unnecessary because of the restatement.

## EDITORIAL NOTES CONSTITUTIONALITY

For information regarding constitutionality of section 1 of act June 5, 1933, cited in the Historical and Revision Notes as a source for provisions of this section, see Congressional Research Service, The Constitution of the United States of America: Analysis and Interpretation, Appendix 1, Acts of Congress Held Unconstitutional in Whole or in Part by the Supreme Court of the United States.

## AMENDMENTS

**1997**—Subsec. (d)(2). Pub. L. 105–61 struck out at end "This paragraph shall apply to any obligation issued on or before October 27, 1977, notwithstanding any assignment or novation of such obligation after October 27, 1977, unless all parties to the assignment or novation specifically agree to include a gold clause in the new agreement. Nothing in the preceding sentence shall be construed to affect the enforceability of a Gold Clause contained in any obligation issued after October 27, 1977 if the enforceability of that Gold Clause has been finally adjudicated before the date of enactment of the Economic Growth and Regulatory Paperwork Reduction Act of 1996."

**1996**—Subsec. (d)(2). Pub. L. 104–208 inserted at end "This paragraph shall apply to any obligation issued on or before October 27, 1977, notwithstanding any assignment or novation of such obligation after October 27, 1977, unless all parties to the assignment or novation specifically agree to include a gold clause in the new agreement. Nothing in the preceding sentence shall be construed to affect the enforceability of a Gold Clause contained in any obligation issued after October 27, 1977 if the enforceability of that Gold Clause has been finally adjudicated before the date of enactment of the Economic Growth and Regulatory Paperwork Reduction Act of 1996."

**1985**—Subsec.(b). Pub. L. 99–185 struck out "or deliver" after "pay out" and inserted "(other than gold and silver coins)" before "that may be lawfully held".

## STATUTORY NOTES AND RELATED SUBSIDIARIES EFFECTIVE DATE OF 1985

35

## AMENDMENT

Amendment by Pub. L. 99–185 effective Oct. 1, 1985, except that no coins may be issued or sold under section 5112(i) of this title before Oct. 1, 1986, see section 3 of Pub. L. 99–185, set out as a note under section 5112 of this title.

United States Code, 2018 Edition, Supplement 2, Title 31 - MONEY AND FINANCE

Bills and Statutes

United States Code

Y 1.2/5:

Title 31 - MONEY AND FINANCE
SUBTITLE IV - MONEY
CHAPTER 51 - COINS AND CURRENCY
SUBCHAPTER II - GENERAL AUTHORITY
Sec. 5118 - Gold clauses and consent to sue

section 5118

2020

January 13, 2021

Yes

standard

48 Stat. 113, 340
49 Stat. 938
91 Stat. 1229
96 Stat. 985
99 Stat. 1178
110 Stat. 3009-475
111 Stat. 1318

Public Law 95-147, Public Law 97-258, Public Law 99-185, Public Law 104-208, Public Law 105-61

**Disclaimer:** These codes may not be the most recent version. United States may have more current or accurate information. We make no warranties or guarantees about the accuracy, completeness, or adequacy of the information contained on this site or the information linked to on the state site. Please check official sources.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

37



There is a newer version of this Section                                          ↓

View our newest version here                                                      →

# 2020 US Code
# Title 31 - Money and Finance
# Subtitle III - Financial Management
# Chapter 37 - Claims
# Subchapter III - Claims Against the United States Government
# Sec. 3727 - Assignments of claims

Download PDF

31 U.S.C. § 3727 (2020)

## §3727. Assignments of claims

(a) In this section, "assignment" means—

(1) a transfer or assignment of any part of a claim against the United States Government or of an interest in the claim; or

(2) the authorization to receive payment for any part of the claim.

(b) An assignment may be made only after a claim is allowed, the amount of the claim is decided, and a warrant for payment of the claim has been issued. The assignment shall specify

38

Case 2:23-cv-02910-AB-MAA Document 19 Filed 07/06/23 Page 39 of 71 Page ID #:163

31 U.S.C. § 3727 (2020) - Assignments of claims :: 2020 US Code :: U... Justia :: 2020 US Code :: US Codes and Statutes :: US Law :: Justia     6/19/23, 12:34 PM

the warrant, must be made freely, and must be attested to by 2 witnesses. The person making the assignment shall acknowledge it before an official who may acknowledge a deed, and the official shall certify the assignment. The certificate shall state that the official completely explained the assignment when it was acknowledged. An assignment under this subsection is valid for any purpose.

(c) Subsection (b) of this section does not apply to an assignment to a financing institution of money due or to become due under a contract providing for payments totaling at least $1,000 when—

    (1) the contract does not forbid an assignment;

    (2) unless the contract expressly provides otherwise, the assignment—

        (A) is for the entire amount not already paid;

        (B) is made to only one party, except that it may be made to a party as agent or trustee for more than one party participating in the financing; and

        (C) may not be reassigned; and

    (3) the assignee files a written notice of the assignment and a copy of the assignment with the contracting official or the head of the agency, the surety on a bond on the contract, and any disbursing official for the contract.

(d) During a war or national emergency proclaimed by the President or declared by law and ended by proclamation or law, a contract with the Department of Defense, the General Services Administration, the Department of Energy (when carrying out duties and powers formerly carried out by the Atomic Energy Commission), or other agency the President designates may provide, or may be changed without consideration to provide, that a future payment under the contract to an assignee is not subject to reduction or setoff. A payment subsequently due under the contract (even after the war or emergency is ended) shall be paid to the assignee without a reduction or setoff for liability of the assignor—

    (1) to the Government independent of the contract; or

    (2) because of renegotiation, fine, penalty (except an amount that may be collected or withheld under, or because the assignor does not comply with, the contract), taxes, social security contributions, or withholding or failing to withhold taxes or social security contributions, arising from, or independent of, the contract.

(e)(1) An assignee under this section does not have to make restitution of, refund, or repay the amount received because of the liability of the assignor to the Government that arises from or is

39

independent of the contract.

(2) The Government may not collect or reclaim money paid to a person receiving an amount under an assignment or allotment of pay or allowances authorized by law when liability may exist because of the death of the person making the assignment or allotment.

(Pub. L. 97–258, Sept. 13, 1982, 96 Stat. 976.)

## Historical and Revision Notes

| Revised Section | Source (U.S. Code) | Source (Statutes at Large) |
|---|---|---|
| 3727(a) | 31:203(1st par. words before 9th comma). | R.S. §3477; May 27, 1908, ch. 206(last par. on p. 411), 35 Stat. 411; Oct. 9, 1940, ch. 779, §1(related to §3477), 54 Stat. 1029; May 15, 1951, ch. 75, §1(related to §1 related to §3477), 65 Stat. 41. |
| 3727(b) | 31:203(1st par. words after 9th comma, 3d, last pars.). | |
| 3727(c) | 31:203(2d par.). | |
| 3727(d) | 31:203(5th par.). | |
| 3727(e)(1) | 31:203(4th par.). | |
| 3727(e)(2) | 31:239. | Aug. 10, 1956, ch. 1041, §45, 70A Stat. 638. |

In subsection (a)(1), the words "or share thereof" and "whether absolute or conditional, and whatever may be the consideration therefor" are omitted as surplus. In clause (2), the word "authorization" is substituted for

40

Case 2:23-cv-02910-AB-MAA  Document 19  Filed 07/06/23  Page 41 of 71  Page ID #:165

31 U.S.C. § 3727 (2020) - Assignments of claims :: 2020 US Code :: U... Justia :: 2020 US Code :: US Codes and Statutes :: US Law :: Justia                6/19/23, 12:34 PM

"powers of attorney, orders, or other authorities" to eliminate unnecessary words.

In subsections (b) and (c), the word "official" is substituted for "officer" for consistency in the revised title and with other titles of the United States Code.

In subsection (b), the words "Except as hereinafter provided" are omitted as unnecessary. The words "read and" are omitted as surplus. The words "to the person acknowledging the same" are omitted as unnecessary. The text of 31:203(1st par. last sentence) is omitted as superseded by 39:410. The words "Notwithstanding any law to the contrary governing the validity of assignments" and the text of 31:203(last par.) are omitted as unnecessary.

In subsection (c), before clause (1), the words "bank, trust company, or other . . . including any Federal lending agency" are omitted as surplus. The words "of money due or to become due under a contract providing for payments totaling at least $1,000" are substituted for "in any case in which the moneys due or to become due from the United States or from any agency or department thereof, under a contract providing for payments aggregating $1,000 or more" to eliminate unnecessary words. The text of 31:203(2d par. proviso cl. 1) is omitted as executed. In clause (1), the words "in the case of any contract entered into after October 9, 1940" are omitted as executed. In clause (2)(A), the words "payable under such contract" are omitted as surplus. In clause (3), the words "true" and "instrument of" are omitted as surplus. The words "department or" are omitted because of the restatement. The words "if any" and "to make payment" are omitted as surplus.

In subsection (d), before clause (1), the words "During a war or national emergency proclaimed by the President or declared by law and ended by proclamation or law" are substituted for "in time of war or national emergency proclaimed by the President (including the national emergency proclaimed December 16, 1950) or by Act or joint resolution of the Congress and until such war or national emergency has been terminated in such manner" to eliminate unnecessary words. The words "Department of Energy (when carrying out duties and powers formerly carried out by the Atomic Energy Commission)" are substituted for "Atomic Energy Commission" (which was reconstituted as the Energy Research and Development Administration by 42:5813 and 5814) because of 42:7151(a) and 7293. The words "other department or . . . of the United States . . . except any such contract under which full payment has been made" and "of any moneys due or to become due under such contract" before "shall not be subject" are omitted as surplus. The words "A payment subsequently due under the contract (even after the war or emergency is ended) shall be paid to the assignee without" are substituted for "and if such provision or one to the same general effect has been at any time heretofore or is hereafter included or inserted in any such contract, payments to be made thereafter to an assignee of any moneys due or to become due under such contract, whether during or after such war or emergency . . . hereafter" to eliminate unnecessary words. The words "of any nature" are omitted as surplus. In clause (1), the words "or any department or agency thereof" are omitted as unnecessary. In clause (2), the words "under any renegotiation statute or under any statutory renegotiation article in the contract" are omitted as surplus.

Subsection (e)(1) is substituted for 31:203(4th par.) to eliminate unnecessary words.

In subsection (e)(2), the words "person receiving an amount under an assignment or allotment" are

41

substituted for "assignees, transferees, or allottees" for clarity and consistency. The words "or to others for them" and "with respect to such assignments, transfers, or allotments or the use of such moneys" are omitted as surplus. The words "person making the assignment or allotment" are substituted for "assignors, transferors, or allotters" for clarity and consistency.

United States Code, 2018 Edition, Supplement 2, Title 31 - MONEY AND FINANCE

Bills and Statutes

United States Code

Y 1.2/5:

Title 31 - MONEY AND FINANCE
SUBTITLE III - FINANCIAL MANAGEMENT
CHAPTER 37 - CLAIMS
SUBCHAPTER III - CLAIMS AGAINST THE UNITED STATES GOVERNMENT
Sec. 3727 - Assignments of claims

section 3727

2020

January 13, 2021

Yes

standard

35 Stat. 411
54 Stat. 1029
65 Stat. 41
96 Stat. 976

Public Law 97-258

42

Case 2:23-cv-02910-AB-MAA   Document 19   Filed 07/06/23   Page 43 of 71   Page ID #:167

31 U.S.C. § 3727 (2020) - Assignments of claims :: 2020 US Code :: U... Justia :: 2020 US Code :: US Codes and Statutes :: US Law :: Justia          6/19/23, 12:34 PM

**Disclaimer:** These codes may not be the most recent version. United States may have more current or accurate information. We make no warranties or guarantees about the accuracy, completeness, or adequacy of the information contained on this site or the information linked to on the state site. Please check official sources.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.



43

UCC-1 Financing Statement, 2020

31 U.S.C. § 9303 (2020) - Use of eligible obligations instead of suret...:: Justia :: 2020 US Code :: US Codes and Statutes :: US Law :: Justia          6/19/23, 12:35 PM



There is a newer version of this Section                                                          ↓

View our newest version here                                                                      →

# 2020 US Code
# Title 31 - Money and Finance
# Subtitle VI - Miscellaneous
# Chapter 93 - Sureties and Surety Bonds
# Sec. 9303 - Use of eligible obligations instead of surety bonds

Download PDF

31 U.S.C. § 9303 (2020)

## §9303. Use of eligible obligations instead of surety bonds

(a) If a person is required under a law of the United States to give a surety bond, the person may give an eligible obligation as security instead of a surety bond. The obligation shall—

(1) be given to the official having authority to approve the surety bond;

(2) as determined by the Secretary of the Treasury, have a market value that is equal to or greater than the amount of the required surety bond; and

(3) authorize the official receiving the obligation to collect or sell the obligation if the person defaults on a required condition.

44

(b)(1) An official receiving an eligible obligation under subsection (a) of this section may deposit it with—

    (A) the Secretary of the Treasury;

    (B) a Federal reserve bank; or

    (C) a depositary designated by the Secretary.

(2) The Secretary, bank, or depositary shall issue a receipt that describes the obligation deposited.

(c) Using an eligible obligation instead of a surety bond for security is the same as using—

    (1) a personal or corporate surety bond;

    (2) a certified check;

    (3) a bank draft;

    (4) a post office money order; or

    (5) cash.

(d) When security is no longer required, an eligible obligation given instead of a surety bond shall be returned to the person giving the obligation. If a person, supplying labor or material to a contractor defaulting under sections 3131 and 3133 of title 40, files with the United States Government the application and affidavit provided under section 3133(a) of title 40, the Government—

    (1) may return to the contractor the eligible obligation given as security (or proceeds of the eligible obligation given) under sections 3131 and 3133 of title 40 only after the 90-day period for bringing a civil action under section 3133(b) of title 40; and

    (2) if a civil action is brought in the 90-day period, shall hold the eligible obligation or the proceeds subject to the order of the court having jurisdiction of the action.

(e) This section does not affect the—

    (1) priority of a claim of the Government against an eligible obligation given under this section;

    (2) right or remedy of the Government for default on an obligation provided under—

        (A) sections 3131 and 3133 of title 40; or

        (B) this section;

    (3) authority of a court over an eligible obligation given as security in a civil action; and

45

(4) authority of an official of the Government authorized by another law to receive an eligible obligation as security.

(f) To avoid frequent substitution of eligible obligations, the Secretary may prescribe regulations limiting the effect of this section to an eligible obligation maturing more than one year after the date the obligation is given as security.

(Pub. L. 97–258, Sept. 13, 1982, 96 Stat. 1046; Pub. L. 107–217, §3(h)(9), Aug. 21, 2002, 116 Stat. 1300; Pub. L. 108–178, §4(f)(2), Dec. 15, 2003, 117 Stat. 2641; Pub. L. 109–351, title IX, §901(b), (c), Oct. 13, 2006, 120 Stat. 2007.)

### Historical and Revision Notes

| Revised Section | Source (U.S. Code) | Source (Statutes at Large) |
| --- | --- | --- |
| 9303(a) | 6:15(1st sentence). | |
| 9303(b) | 6:15(3d sentence). | |
| 9303(c) | 6:15(2d sentence). | |
| 9303(d) | 6:15(4th, 5th sentences). | |
| 9303(e) | 6:15(6th, 8th sentences). | |
| 9303(f) | 6:15(7th, 9th, 11th sentences). | |

In subsection (a), before clause (1), the words "If a person is required under a law of the United States to give a surety bond, the person may give a Government obligation as security instead of a surety bond" are substituted for "Wherever by the laws of the United States or regulations made pursuant thereto, any person is required to furnish any recognizance, stipulation, bond, guaranty, or undertaking, hereinafter called 'penal bond', with surety or sureties, such person may, in lieu of such surety or sureties, deposit as security . . . United States Liberty bonds or other bonds or notes of the United States" to eliminate unnecessary words and for consistency. The words "The obligation shall be" are added because of the restatement. Clause (3) is substituted for "together with an agreement authorizing such official to collect or sell such bonds or notes so deposited in case of any default in the performance of any of the conditions or stipulations of such penal bond" to eliminate unnecessary words.

46

Case 2:23-cv-02910-AB-MAA   Document 19   Filed 07/06/23   Page 47 of 71   Page ID #:171

31 U.S.C. § 9303 (2020) - Use of eligible obligations instead of suret…:: Justia :: 2020 US Code :: US Codes and Statutes :: US Law :: Justia          6/19/23, 12:35 PM

In subsection (b)(1), before clause (A), the words "An official receiving a Government obligation under subsection (a) of this section may deposit it with" are substituted for "The bonds or notes deposited hereunder, and such other United States bonds or notes as may be substituted therefor from time to time as such security, may be deposited with" for clarity and consistency and to eliminate unnecessary words. Clause (A) is substituted for "Treasurer of the United States" because of the source provisions restated in section 321(c) of the revised title. In clause (C), the words "duly" and "for that purpose" are omitted as unnecessary.

Subsection (b)(2) is substituted for "which shall issue receipt therefor, describing such bonds or notes so deposited" to eliminate unnecessary words and for consistency.

In subsection (c), before clause (1), the words "Using a Government obligation instead of a surety bond for security is the same as using" are substituted for "The acceptance of such United States bonds or notes in lieu of surety or sureties required by law shall have the same force and effect as" to eliminate unnecessary words and for consistency. In clause (1), the word "personal" is substituted for "individual" for consistency.

Subsection (d) is substituted for 6:15(4th, 5th sentences) to eliminate unnecessary words and for consistency in the revised title and with other titles of the Code.

In subsection (e), before clause (1), the words "This section does not" are substituted for "Nothing herein contained shall" for clarity and consistency. The words "or impair" are omitted as being covered by "affect". Clause (1) is substituted for "the bonds or notes deposited" for clarity and consistency. In clause (2), the words "of said penal bond" are omitted because of the restatement. In clause (3), the words "civil action" are substituted for "judicial proceedings" for consistency. In clause (4), the word "official" is substituted for "administrative officer" for consistency.

In subsection (f), the words "in order" are omitted as unnecessary. The words "Government obligations" are substituted for "securities" and for "bonds and notes of the United States" for consistency. The words "the Secretary may prescribe regulations limiting" are substituted for "such rules and regulations may limit" for clarity and consistency. The words "in appropriate classes of cases" are omitted as unnecessary. The words "the obligation is given" are substituted for "of deposit of such bonds" for clarity and consistency. The text of 6:15(7th sentence) is omitted as executed. The text of 6:15(9th sentence) is omitted because of section 321 of the revised title.

## EDITORIAL NOTES AMENDMENTS

**2006**—Pub. L. 109–351, §901(c)(1), substituted "eligible obligations" for "Government obligations" in section catchline.

Subsec. (a). Pub. L. 109–351, §901(b), (c)(3), substituted "an eligible obligation" for "a Government obligation" in introductory provisions and amended par. (2) generally. Prior to amendment, par. (2) read as follows: "be in an amount equal at par value to the amount of the required surety bond; and".

47

Case 2:23-cv-02910-AB-MAA   Document 19   Filed 07/06/23   Page 48 of 71   Page ID #:172

31 U.S.C. § 9303 (2020) - Use of eligible obligations instead of suret...:: Justia :: 2020 US Code :: US Codes and Statutes :: US Law :: Justia          6/19/23, 12:35 PM

Subsecs. (b) to (e). Pub. L. 109–351, §901(c)(3), (4), substituted "an eligible obligation" for "a Government obligation" and "the eligible obligation" for "the Government obligation" wherever appearing.

Subsec. (f). Pub. L. 109–351, §901(c)(2), (3), substituted "eligible obligations" for "Government obligations" and "an eligible obligation" for "a Government obligation".

**2003**—Subsec. (d)(1). Pub. L. 108–178 struck out comma after "sections 3131 and 3133 of title 40".

**2002**—Subsec. (d). Pub. L. 107–217, §3(h)(9)(A), in introductory provisions substituted "sections 3131 and 3133 of title 40" for "the Act of August 24, 1935 (known as the Miller Act) (40 U.S.C. 270a–270d)" and "section 3133(a) of title 40" for "section 3 of the Act (40 U.S.C. 270c)".

Subsec. (d)(1). Pub. L. 107–217, §3(h)(9)(B), substituted "sections 3131 and 3133 of title 40" for "the Act of August 24, 1935 (known as the Miller Act) (40 U.S.C. 270a–270d)" and "section 3133(b) of title 40" for "section 2 of the Act (40 U.S.C. 270b)".

Subsec. (e)(2)(A). Pub. L. 107–217, §3(h)(9)(C), substituted "sections 3131 and 3133 of title 40" for "the Act of August 24, 1935 (known as the Miller Act) (40 U.S.C. 270a–270d)".

## STATUTORY NOTES AND RELATED SUBSIDIARIES EFFECTIVE DATE OF 2003 AMENDMENT

Amendment by Pub. L. 108–178 effective Aug. 21, 2002, see section 5 of Pub. L. 108–178, set out as a note under section 5334 of Title 5, Government Organization and Employees.

United States Code, 2018 Edition, Supplement 2, Title 31 - MONEY AND FINANCE

Bills and Statutes

United States Code

Y 1.2/5:

Title 31 - MONEY AND FINANCE
SUBTITLE VI - MISCELLANEOUS
CHAPTER 93 - SURETIES AND SURETY BONDS
Sec. 9303 - Use of eligible obligations instead of surety bonds

section 9303

*48*

| 2020 |
| --- |
| January 13, 2021 |
| Yes |
| standard |
| 96 Stat. 1046<br>116 Stat. 1300<br>117 Stat. 2641<br>120 Stat. 2007 |
| Public Law 97-258, Public Law 107-217, Public Law 108-178, Public Law 109-351 |

**Disclaimer:** These codes may not be the most recent version. United States may have more current or accurate information. We make no warranties or guarantees about the accuracy, completeness, or adequacy of the information contained on this site or the information linked to on the state site. Please check official sources.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

49

<u>Collateral Description</u>

ASSIGNED Collateral (Draft Number #2306251503000 -1002):

This assignment of an eligible government obligation, tendered as gold, is in good faith pursuance and reliance upon 31 U.S. Code § 5118 (2020), 31 U.S. Code §§ 3727, 31 U.S. Code § 9303 to the assignee listed herein and shall be treated the same as a Certified Check, Bank Draft, Postal Money Order or Cash as set forth by operation of law at 31 U.S. Code § 9303(c)(2, 3, 4 &5), and is assigned in exchange for the discharge of liability created by the Default and Notice of Sale rendered in relation to the Notice of Trustee Sale, referenced under Account Number CA-22-946956-NJ, in an amount equal to $1,000,000.00 in Federal Reserve Notes by this executed Draft drawn under Credit Number NON UCC-1 #2306251503000 payable to QUALITY LOAN SERVICE CORPORATION as a properly payable item under the government obligation Item Number #112-1959-6070007. The basis of the exchange from payer to recipient assignee shall be a gold contract enforceable by operation of law in equity.

By: _____

Elzira Mae Wilburn, Trustee not Individually

# UCC-3

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Elzira Mae Wilburn, Trustee not Individually

EMT REVOCABLE LIVING TRUST
1056 West 52nd Street
Los Angeles, CA 90037

MD DEPT. OF ASSESSMENTS & TAXATION
NS
230629-1734000
6/29/2023
Date:
Time: 5:34 PM
Page Count: 1 Pg
Debtor Count: 0
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID#

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
230625-1503000

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:  ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**8.** ☒ **COLLATERAL CHANGE:** Also check one of these four boxes: ☒ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
indicate collateral:

1 Five Dollar Indian Gold Half Eagle coin dated 1909 containing 0.2419 troy oz of gold with a purity of .900 having the equivalent value of $1,000,000.00 Federal Reserve Notes adjusted for United States inflation rates and depreciating values of Federal Reserve Notes due to unconstitutional abrogation of the gold clause since 1935, including adjustment for reduction in purchasing power.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME EMT REVOCABLE LIVING TRUST | | | |
|---|---|---|---|
| **OR** 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
1 Five Dollar Indian Gold Half Eagle coin dated 1909

52

(Rev. 04/20/11)

# Maryland Department of Assessments and Taxation

## Taxpayer Services Division | Business Services

**Search Response**

**CERTIFIED COPY**

Dated: 7/5/2023 10:53:31 AM

Search Criteria Entered:

**Filing Number Search**

Filing Number1 (UCC1): 230625-1503000
Filing Number2 (UCC1):
Filing Number3 (UCC1):
Filing Number4 (UCC1):
Filing Number5 (UCC1):
Filing Number6 (UCC1):

## STATE OF MARYLAND

I hereby certify that this is a true and complete copy of the

20 page document on file in this office.

Dated: 7/5/2023 10:53:31 AM

### STATE DEPARTMENT OF ASSESSMENTS AND TAXATION

By: Michael L. Higgs, Director 

UCC-3

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

EMT REVOCABLE LIVING TRUST

1056 West 52nd Street

Los Angeles, CA 90037

MD DEPT. OF ASSESSMENTS & TAXATION
NS
230704-2333000
Date: 7/4/2023
Time: 11:33 PM
Page Count: 20 Pg
Debtor Count: 0
Filing Fees: $75.00
Electronic Records Access: $0.00
Total: $75.00
Order ID#

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
230625-1503000

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☒ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:

This Change affects ☐ Debtor or ☒ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☒ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME
QUALITY LOAN SERVICE CORPORATION

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS
Attn: General Accounting | 2763 Camino Del Rio South | CITY San Diego | STATE CA | POSTAL CODE 92108 | COUNTRY US

**8.** ☒ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☒ ASSIGN collateral
Indicate collateral:

See attachment.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
EMT REVOCABLE LIVING TRUST

OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA:**
(Gold Contract) 31 U.S. Code §§ 5118 (2020), 3727, and 9303

UCC-3 Amendment  2020

54

(Rev. 04/20/11)

Collateral Description

ASSIGNED Collateral (Draft Number #2306251503000 -1002):

This assignment of an eligible government obligation, tendered as gold, is in good faith pursuance and reliance upon 31 U.S. Code § 5118 (2020), 31 U.S. Code §§ 3727, 31 U.S. Code § 9303 to the assignee listed herein and shall be treated the same as a Certified Check, Bank Draft, Postal Money Order or Cash as set forth by operation of law at 31 U.S. Code § 9303(c)(2, 3, 4 &5), and is assigned in exchange for the discharge of liability created by the Default and Notice of Sale rendered in relation to the Notice of Trustee Sale, referenced under Account Number CA-22-946956-NJ, in an amount equal to $1,000,000.00 in Federal Reserve Notes by this executed Draft drawn under Credit Number NON UCC-1 #2306251503000 payable to QUALITY LOAN SERVICE CORPORATION as a properly payable item under the government obligation Item Number #112-1959-6070007. The basis of the exchange from payer to recipient assignee shall be a gold contract enforceable by operation of law in equity.

By: _____

Elzira Mae Wilburn, Trustee not Individually



There is a newer version of this Section ↓

View our newest version here →

# 2020 US Code
# Title 31 - Money and Finance
# Subtitle IV - Money
# Chapter 51 - Coins and Currency
# Subchapter II - General Authority
# Sec. 5118 - Gold clauses and consent to sue

Download PDF

31 U.S.C. § 5118 (2020)

## §5118. Gold clauses and consent to sue

(a) In this section—

(1) "gold clause" means a provision in or related to an obligation alleging to give the obligee a right to require payment in—

(A) gold;

(B) a particular United States coin or currency; or

(C) United States money measured in gold or a particular United States coin or currency.

(2) "public debt obligation" means a domestic obligation issued or guaranteed by the United

States Government to repay money or interest.

(b) The United States Government may not pay out any gold coin. A person lawfully holding United States coins and currency may present the coins and currency to the Secretary of the Treasury for exchange (dollar for dollar) for other United States coins and currency (other than gold and silver coins) that may be lawfully held. The Secretary shall make the exchange under regulations prescribed by the Secretary.

(c)(1) The Government withdraws its consent given to anyone to assert against the Government, its agencies, or its officers, employees, or agents, a claim—

    (A) on a gold clause public debt obligation or interest on the obligation;

    (B) for United States coins or currency; or

    (C) arising out of the surrender, requisition, seizure, or acquisition of United States coins or currency, gold, or silver involving the effect or validity of a change in the metallic content of the dollar or in a regulation about the value of money.

(2) Paragraph (1) of this subsection does not apply to a proceeding in which no claim is made for payment or credit in an amount greater than the face or nominal value in dollars of public debt obligations or United States coins or currency involved in the proceeding.

(3) Except when consent is not withdrawn under this subsection, an amount appropriated for payment on public debt obligations and for United States coins and currency may be expended only dollar for dollar.

(d)(1) In this subsection, "obligation" means any obligation (except United States currency) payable in United States money.

(2) An obligation issued containing a gold clause or governed by a gold clause is discharged on payment (dollar for dollar) in United States coin or currency that is legal tender at the time of payment. This paragraph does not apply to an obligation issued after October 27, 1977.

(Pub. L. 97–258, Sept. 13, 1982, 96 Stat. 985; Pub. L. 99–185, §2(d), Dec. 17, 1985, 99 Stat. 1178; Pub. L. 104–208, div. A, title II, §2609, Sept. 30, 1996, 110 Stat. 3009–475; Pub. L. 105–61, title VI, §641, Oct. 10, 1997, 111 Stat. 1318.)

## Historical and Revision Notes

| Revised Section | Source (U.S. Code) | Source (Statutes at Large) |
|---|---|---|
| | | |

*57*

| 5118(a) | 31:773d. | Aug. 27, 1935, ch. 780, 49 Stat. 938. |
|---|---|---|
| 5118(b) | 31:315b. | Jan. 30, 1934, ch. 6, §5, 48 Stat. 340. |
| | 31:773a. | |
| 5118(c)(1), (2) | 31:773b. | |
| 5118(c)(3) | 31:773c. | |
| 5118(d) | 31:463. | June 5, 1933, ch. 48, §1, 48 Stat. 113. |
| | 31:463(note). | Oct. 28, 1977, Pub. L. 95–147, §4(c), 91 Stat. 1229. |

In subsection (a), before clause (1), the words "the phrase" are omitted as surplus. In clause (1), the words "declared to be against public policy by section 463 of this title" are omitted as surplus. Clause (2) is substituted for 31:773d(words after semicolon) for consistency in the revised title and to eliminate unnecessary words.

In subsection (b), the words "after January 30, 1934" in 31:315b are omitted as executed. The words "that may be lawfully held" are substituted for "which may be lawfully acquired and are legal tender for public and private debts" in 31:773a for consistency in the subsection and to eliminate unnecessary words. The words "and that the owners of the gold clause securities of the United States shall be, at their election, entitled to receive immediate payment of the stated dollar amount thereof with interest to the date of payment or to prior maturity or to prior redemption date, whichever is earlier" in section 1 of the Act of August 27, 1935 (ch. 780, 49 Stat. 938), are omitted as expired. The words "make the exchange" are substituted for "make such exchanges and payments upon presentation hereunder" to eliminate unnecessary words. The words "No gold shall after January 30, 1934, be coined" in 31:315b are omitted because of section 5112 of the revised title. The text of 31:315b(proviso) is omitted as unnecessary because of the restatement. The text of 31:315b(last sentence) is omitted as executed.

In subsection (c)(1), before clause (A), the word "Government" is substituted for "United States" for consistency in the revised title and with other titles of the United States Code. The words "to anyone" are added for clarity. The words "whether by way of suit, counterclaim, set-off, recoupment, or other affirmative action or defense in its own name or in the name of" are omitted as surplus. The word "employees" is added for consistency in the revised title and with other titles of the Code. The word "instrumentalities" is omitted as unnecessary because of section 101 of the revised title. The word "claim" is substituted for "right, privilege, or power" to eliminate unnecessary words and for consistency in the revised title and with other titles of the Code. The words "in any proceeding of any nature whatsoever" are omitted as surplus. In clause (C), the

58

words "or demand" are omitted as surplus.

In subsection (c)(2), the words "any suit commenced prior to August 27, 1935, or which may be commenced by January 1, 1936" are omitted as executed. The words "referred to in this section" are omitted as surplus.

In subsection (c)(3), the words "may be expended" are substituted for "an amount appropriated or authorized to be expended" and "shall be available for or expended in", and the words "dollar for dollar" are substituted for "on an equal and uniform dollar for dollar basis", to eliminate unnecessary words.

In subsection (d)(1), the words "including every obligation of and to the United States" are omitted as surplus. The text of 31:463(b)(words after semicolon) is omitted as unnecessary because of the restatement.

## EDITORIAL NOTES CONSTITUTIONALITY

For information regarding constitutionality of section 1 of act June 5, 1933, cited in the Historical and Revision Notes as a source for provisions of this section, see Congressional Research Service, The Constitution of the United States of America: Analysis and Interpretation, Appendix 1, Acts of Congress Held Unconstitutional in Whole or in Part by the Supreme Court of the United States.

## AMENDMENTS

**1997**—Subsec. (d)(2). Pub. L. 105–61 struck out at end "This paragraph shall apply to any obligation issued on or before October 27, 1977, notwithstanding any assignment or novation of such obligation after October 27, 1977, unless all parties to the assignment or novation specifically agree to include a gold clause in the new agreement. Nothing in the preceding sentence shall be construed to affect the enforceability of a Gold Clause contained in any obligation issued after October 27, 1977 if the enforceability of that Gold Clause has been finally adjudicated before the date of enactment of the Economic Growth and Regulatory Paperwork Reduction Act of 1996."

**1996**—Subsec. (d)(2). Pub. L. 104–208 inserted at end "This paragraph shall apply to any obligation issued on or before October 27, 1977, notwithstanding any assignment or novation of such obligation after October 27, 1977, unless all parties to the assignment or novation specifically agree to include a gold clause in the new agreement. Nothing in the preceding sentence shall be construed to affect the enforceability of a Gold Clause contained in any obligation issued after October 27, 1977 if the enforceability of that Gold Clause has been finally adjudicated before the date of enactment of the Economic Growth and Regulatory Paperwork Reduction Act of 1996."

**1985**—Subsec.(b). Pub. L. 99–185 struck out "or deliver" after "pay out" and inserted "(other than gold and silver coins)" before "that may be lawfully held".

## STATUTORY NOTES AND RELATED SUBSIDIARIES EFFECTIVE DATE OF 1985

59

## AMENDMENT

Amendment by Pub. L. 99–185 effective Oct. 1, 1985, except that no coins may be issued or sold under section 5112(i) of this title before Oct. 1, 1986, see section 3 of Pub. L. 99–185, set out as a note under section 5112 of this title.

United States Code, 2018 Edition, Supplement 2, Title 31 - MONEY AND FINANCE

Bills and Statutes

United States Code

Y 1.2/5:

Title 31 - MONEY AND FINANCE
SUBTITLE IV - MONEY
CHAPTER 51 - COINS AND CURRENCY
SUBCHAPTER II - GENERAL AUTHORITY
Sec. 5118 - Gold clauses and consent to sue

section 5118

2020

January 13, 2021

Yes

standard

48 Stat. 113, 340
49 Stat. 938
91 Stat. 1229
96 Stat. 985
99 Stat. 1178
110 Stat. 3009-475
111 Stat. 1318

60

Public Law 95-147, Public Law 97-258, Public Law 99-185, Public Law 104-208, Public Law 105-61

**Disclaimer:** These codes may not be the most recent version. United States may have more current or accurate information. We make no warranties or guarantees about the accuracy, completeness, or adequacy of the information contained on this site or the information linked to on the state site. Please check official sources.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

61



There is a newer version of this Section    ↓

View our newest version here    →

# 2020 US Code
# Title 31 - Money and Finance
# Subtitle III - Financial Management
# Chapter 37 - Claims
# Subchapter III - Claims Against the United States Government
# Sec. 3727 - Assignments of claims

Download PDF

31 U.S.C. § 3727 (2020)

## §3727. Assignments of claims

(a) In this section, "assignment" means—

(1) a transfer or assignment of any part of a claim against the United States Government or of an interest in the claim; or

(2) the authorization to receive payment for any part of the claim.

(b) An assignment may be made only after a claim is allowed, the amount of the claim is decided, and a warrant for payment of the claim has been issued. The assignment shall specify

62

the warrant, must be made freely, and must be attested to by 2 witnesses. The person making the assignment shall acknowledge it before an official who may acknowledge a deed, and the official shall certify the assignment. The certificate shall state that the official completely explained the assignment when it was acknowledged. An assignment under this subsection is valid for any purpose.

(c) Subsection (b) of this section does not apply to an assignment to a financing institution of money due or to become due under a contract providing for payments totaling at least $1,000 when—

(1) the contract does not forbid an assignment;

(2) unless the contract expressly provides otherwise, the assignment—

(A) is for the entire amount not already paid;

(B) is made to only one party, except that it may be made to a party as agent or trustee for more than one party participating in the financing; and

(C) may not be reassigned; and

(3) the assignee files a written notice of the assignment and a copy of the assignment with the contracting official or the head of the agency, the surety on a bond on the contract, and any disbursing official for the contract.

(d) During a war or national emergency proclaimed by the President or declared by law and ended by proclamation or law, a contract with the Department of Defense, the General Services Administration, the Department of Energy (when carrying out duties and powers formerly carried out by the Atomic Energy Commission), or other agency the President designates may provide, or may be changed without consideration to provide, that a future payment under the contract to an assignee is not subject to reduction or setoff. A payment subsequently due under the contract (even after the war or emergency is ended) shall be paid to the assignee without a reduction or setoff for liability of the assignor—

(1) to the Government independent of the contract; or

(2) because of renegotiation, fine, penalty (except an amount that may be collected or withheld under, or because the assignor does not comply with, the contract), taxes, social security contributions, or withholding or failing to withhold taxes or social security contributions, arising from, or independent of, the contract.

(e)(1) An assignee under this section does not have to make restitution of, refund, or repay the amount received because of the liability of the assignor to the Government that arises from or is

63

Case 2:23-cv-02910-AB-MAA    Document 19    Filed 07/06/23    Page 63 of 71    Page ID #:187

independent of the contract.

(2) The Government may not collect or reclaim money paid to a person receiving an amount under an assignment or allotment of pay or allowances authorized by law when liability may exist because of the death of the person making the assignment or allotment.

(Pub. L. 97–258, Sept. 13, 1982, 96 Stat. 976.)

## Historical and Revision Notes

| Revised Section | Source (U.S. Code) | Source (Statutes at Large) |
|---|---|---|
| 3727(a) | 31:203(1st par. words before 9th comma). | R.S. §3477, May 27, 1908, ch. 206(last par. on p. 411), 35 Stat. 411, Oct. 9, 1940, ch. 779, §1(related to §3477), 54 Stat. 1029; May 15, 1951, ch. 75, §1(related to §1 related to §3477), 65 Stat. 41. |
| 3727(b) | 31:203(1st par. words after 9th comma, 3d, last pars.). | |
| 3727(c) | 31:203(2d par.). | |
| 3727(d) | 31:203(5th par.). | |
| 3727(e)(1) | 31:203(4th par.). | |
| 3727(e)(2) | 31:239. | Aug. 10, 1956, ch. 1041, §45, 70A Stat. 638. |

In subsection (a)(1), the words "or share thereof" and "whether absolute or conditional, and whatever may be the consideration therefor" are omitted as surplus. In clause (2), the word "authorization" is substituted for

64

"powers of attorney, orders, or other authorities" to eliminate unnecessary words.

In subsections (b) and (c), the word "official" is substituted for "officer" for consistency in the revised title and with other titles of the United States Code.

In subsection (b), the words "Except as hereinafter provided" are omitted as unnecessary. The words "read and" are omitted as surplus. The words "to the person acknowledging the same" are omitted as unnecessary. The text of 31:203(1st par. last sentence) is omitted as superseded by 39:410. The words "Notwithstanding any law to the contrary governing the validity of assignments" and the text of 31:203(last par.) are omitted as unnecessary.

In subsection (c), before clause (1), the words "bank, trust company, or other . . . including any Federal lending agency" are omitted as surplus. The words "of money due or to become due under a contract providing for payments totaling at least $1,000" are substituted for "in any case in which the moneys due or to become due from the United States or from any agency or department thereof, under a contract providing for payments aggregating $1,000 or more, to eliminate unnecessary words. The text of 31:203(2d par. proviso cl. 1) is omitted as executed. In clause (1), the words "in the case of any contract entered into after October 9, 1940" are omitted as executed. In clause (2)(A), the words "payable under such contract" are omitted as surplus. In clause (3), the words "true" and "instrument of" are omitted as surplus. The words "department or" are omitted because of the restatement. The words "if any" and "to make payment" are omitted as surplus.

In subsection (d), before clause (1), the words "During a war or national emergency proclaimed by the President or declared by law and ended by proclamation or law" are substituted for "in time of war or national emergency proclaimed by the President (including the national emergency proclaimed December 16, 1950) or by Act or joint resolution of the Congress and until such war or national emergency has been terminated in such manner" to eliminate unnecessary words. The words "Department of Energy (when carrying out duties and powers formerly carried out by the Atomic Energy Commission)" are substituted for "Atomic Energy Commission" (which was reconstituted as the Energy Research and Development Administration by 42:5813 and 5814) because of 42:7151(a) and 7293. The words "other department or . . . of the United States . . . except any such contract under which full payment has been made" and "of any moneys due or to become due under such contract" before "shall not be subject" are omitted as surplus. The words "A payment subsequently due under the contract (even after the war or emergency is ended) shall be paid to the assignee without" are substituted for "and if such provision or one to the same general effect has been at any time heretofore or is hereafter included or inserted in any such contract, payments to be made thereafter to an assignee of any moneys due or to become due under such contract, whether during or after such war or emergency . . . hereafter" to eliminate unnecessary words. The words "of any nature" are omitted as surplus. In clause (1), the words "or any department or agency thereof" are omitted as unnecessary. In clause (2), the words "under any renegotiation statute or under any statutory renegotiation article in the contract" are omitted as surplus.

Subsection (e)(1) is substituted for 31:203(4th par.) to eliminate unnecessary words.

In subsection (e)(2), the words "person receiving an amount under an assignment or allotment" are

65

substituted for "assignees, transferees, or allottees" for clarity and consistency. The words "or to others for them" and "with respect to such assignments, transfers, or allotments or the use of such moneys" are omitted as surplus. The words "person making the assignment or allotment" are substituted for "assignors, transferors, or allotters" for clarity and consistency.

United States Code, 2018 Edition, Supplement 2, Title 31 - MONEY AND FINANCE

Bills and Statutes

United States Code

Y 1.2/5:

Title 31 - MONEY AND FINANCE
SUBTITLE III - FINANCIAL MANAGEMENT
CHAPTER 37 - CLAIMS
SUBCHAPTER III - CLAIMS AGAINST THE UNITED STATES GOVERNMENT
Sec. 3727 - Assignments of claims

section 3727

2020

January 13, 2021

Yes

standard

35 Stat. 411
54 Stat. 1029
65 Stat. 41
96 Stat. 976

Public Law 97-258

66

**Disclaimer:** These codes may not be the most recent version. United States may have more current or accurate information. We make no warranties or guarantees about the accuracy, completeness, or adequacy of the information contained on this site or the information linked to on the state site. Please check official sources.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.



67



**JUSTIA**

There is a newer version of this Section ↓

View our newest version here →

# 2020 US Code
# Title 31 - Money and Finance
# Subtitle VI - Miscellaneous
# Chapter 93 - Sureties and Surety Bonds
# Sec. 9303 - Use of eligible obligations instead of surety bonds

Download PDF

31 U.S.C. § 9303 (2020)

## §9303. Use of eligible obligations instead of surety bonds

(a) If a person is required under a law of the United States to give a surety bond, the person may give an eligible obligation as security instead of a surety bond. The obligation shall—

(1) be given to the official having authority to approve the surety bond;

(2) as determined by the Secretary of the Treasury, have a market value that is equal to or greater than the amount of the required surety bond; and

(3) authorize the official receiving the obligation to collect or sell the obligation if the person defaults on a required condition.

68

(b)(1) An official receiving an eligible obligation under subsection (a) of this section may deposit it with—

(A) the Secretary of the Treasury;

(B) a Federal reserve bank; or

(C) a depositary designated by the Secretary.

(2) The Secretary, bank, or depositary shall issue a receipt that describes the obligation deposited.

(c) Using an eligible obligation instead of a surety bond for security is the same as using—

(1) a personal or corporate surety bond;

(2) a certified check;

(3) a bank draft;

(4) a post office money order; or

(5) cash.

(d) When security is no longer required, an eligible obligation given instead of a surety bond shall be returned to the person giving the obligation. If a person, supplying labor or material to a contractor defaulting under sections 3131 and 3133 of title 40, files with the United States Government the application and affidavit provided under section 3133(a) of title 40, the Government—

(1) may return to the contractor the eligible obligation given as security (or proceeds of the eligible obligation given) under sections 3131 and 3133 of title 40 only after the 90-day period for bringing a civil action under section 3133(b) of title 40; and

(2) if a civil action is brought in the 90-day period, shall hold the eligible obligation or the proceeds subject to the order of the court having jurisdiction of the action.

(e) This section does not affect the—

(1) priority of a claim of the Government against an eligible obligation given under this section;

(2) right or remedy of the Government for default on an obligation provided under—

(A) sections 3131 and 3133 of title 40; or

(B) this section;

(3) authority of a court over an eligible obligation given as security in a civil action; and

69

In subsection (b)(1), before clause (A), the words "An official receiving a Government obligation under subsection (a) of this section may deposit it with" are substituted for "The bonds or notes deposited hereunder, and such other United States bonds or notes as may be substituted therefor from time to time as such security, may be deposited with" for clarity and consistency and to eliminate unnecessary words. Clause (A) is substituted for "Treasurer of the United States" because of the source provisions restated in section 321(c) of the revised title. In clause (C), the words "duly" and "for that purpose" are omitted as unnecessary.

Subsection (b)(2) is substituted for "which shall issue receipt therefor, describing such bonds or notes so deposited" to eliminate unnecessary words and for consistency.

In subsection (c), before clause (1), the words "Using a Government obligation instead of a surety bond for security is the same as using" are substituted for "The acceptance of such United States bonds or notes in lieu of surety or sureties required by law shall have the same force and effect as" to eliminate unnecessary words and for consistency. In clause (1), the word "personal" is substituted for "individual" for consistency.

Subsection (d) is substituted for 6:15(4th, 5th sentences) to eliminate unnecessary words and for consistency in the revised title and with other titles of the Code.

In subsection (e), before clause (1), the words "This section does not" are substituted for "Nothing herein contained shall" for clarity and consistency. The words "or impair" are omitted as being covered by "affect". Clause (1) is substituted for "the bonds or notes deposited" for clarity and consistency. In clause (2), the words "of said penal bond" are omitted because of the restatement. In clause (3), the words "civil action" are substituted for "judicial proceedings" for consistency. In clause (4), the word "official" is substituted for "administrative officer" for consistency.

In subsection (f), the words "in order" are omitted as unnecessary. The words "Government obligations" are substituted for "securities" and for "bonds and notes of the United States" for consistency. The words "the Secretary may prescribe regulations limiting" are substituted for "such rules and regulations may limit" for clarity and consistency. The words "in appropriate classes of cases" are omitted as unnecessary. The words "the obligation is given" are substituted for "of deposit of such bonds" for clarity and consistency. The text of 6:15(7th sentence) is omitted as executed. The text of 6:15(9th sentence) is omitted because of section 321 of the revised title.

## EDITORIAL NOTES AMENDMENTS

**2006**—Pub. L. 109–351, §901(c)(1), substituted "eligible obligations" for "Government obligations" in section catchline.

Subsec. (a). Pub. L. 109–351, §901(b), (c)(3), substituted "an eligible obligation" for "a Government obligation" in introductory provisions and amended par. (2) generally. Prior to amendment, par. (2) read as follows: "be in an amount equal at par value to the amount of the required surety bond; and".

71

Subsecs. (b) to (e). Pub. L. 109–351, §901(c)(3), (4), substituted "an eligible obligation" for "a Government obligation" and "the eligible obligation" for "the Government obligation" wherever appearing.

Subsec. (f). Pub. L. 109–351, §901(c)(2), (3), substituted "eligible obligations" for "Government obligations" and "an eligible obligation" for "a Government obligation".

**2003**—Subsec. (d)(1). Pub. L. 108–178 struck out comma after "sections 3131 and 3133 of title 40".

**2002**—Subsec. (d). Pub. L. 107–217, §3(h)(9)(A), in introductory provisions substituted "sections 3131 and 3133 of title 40" for "the Act of August 24, 1935 (known as the Miller Act) (40 U.S.C. 270a–270d)" and "section 3133(a) of title 40" for "section 3 of the Act (40 U.S.C. 270c)".

Subsec. (d)(1). Pub. L. 107–217, §3(h)(9)(B), substituted "sections 3131 and 3133 of title 40" for "the Act of August 24, 1935 (known as the Miller Act) (40 U.S.C. 270a–270d)" and "section 3133(b) of title 40" for "section 2 of the Act (40 U.S.C. 270b)".

Subsec. (e)(2)(A). Pub. L. 107–217, §3(h)(9)(C), substituted "sections 3131 and 3133 of title 40" for "the Act of August 24, 1935 (known as the Miller Act) (40 U.S.C. 270a–270d)".

## STATUTORY NOTES AND RELATED SUBSIDIARIES EFFECTIVE DATE OF 2003 AMENDMENT

Amendment by Pub. L. 108–178 effective Aug. 21, 2002, see section 5 of Pub. L. 108–178, set out as a note under section 5334 of Title 5, Government Organization and Employees.

United States Code, 2018 Edition, Supplement 2, Title 31 - MONEY AND FINANCE

Bills and Statutes

United States Code

Y 1.2/5:

Title 31 - MONEY AND FINANCE
SUBTITLE VI - MISCELLANEOUS
CHAPTER 93 - SURETIES AND SURETY BONDS
Sec. 9303 - Use of eligible obligations instead of surety bonds

section 9303

72

| 2020 |
|---|
| January 13, 2021 |
| Yes |
| standard |
| 96 Stat. 1046<br>116 Stat. 1300<br>117 Stat. 2641<br>120 Stat. 2007 |
| Public Law 97-258, Public Law 107-217, Public Law 108-178, Public Law 109-351 |

**Disclaimer:** These codes may not be the most recent version. United States may have more current or accurate information. We make no warranties or guarantees about the accuracy, completeness, or adequacy of the information contained on this site or the information linked to on the state site. Please check official sources.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

73

UCC-3 Amendment  2020