## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELZIRA MAE WILBURN, | CASE NUMBER: |
| PLAINTIFF(S) | 2:23cv02910-AB (MAAx) |
| v. | |
| QUALITY LOAN SERVICE CORPORATION, | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 7/6/2023 | 19 | First Amended Bill in Equity Interpleader |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated: _____7/11/2023_____

By: _____
U.S. District Judge