FILED

EMT REVOCABLE LIVING TRUST.
Attorney-In-Fact for Elzira Mae Wilburn
℅ 1056 West 52nd Street.
Los Angeles. California. Near. [90037]
Without the United States (28 U.S.C. 1746)

2023 JUL 14 PM 3:49

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY___EEE___

district court of the United States (exchequer side)
[28 U.S.C. § 84, 610].
via passagio

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION
### IN ADMIRALTY, IN REM

| | |
|---|---|
| Elzira Mae Wilburn, Trustee not Individually for EMT REVOCABLE LIVING TRUST.<br>Claimant in Interpleader,<br><br>v.<br><br>QUALITY LOAN SERVICE CORPORATION,<br>Defendant, | Appeal CASE NO.:<br><br>district court CASE NO.:<br>2:23-cv-02910-AB-MAA ~~X~~<br><br>INTERPLEADER'S NOTICE OF APPEAL<br><br>I did tender gold for payment of filing fees to the US District Court of California Central District Clerk of Court on July 14, 2023 at [3:42] -07:00 GMT |

Notice is hereby given that EMT Revocable Living Trust, by: Elzira Mae Wilurn, Trustee not Individually ("Interpleader/ Appellant") in the above named case, hereby appeals, **"in good faith"**, to the United States Court of Appeals for the Ninth Circuit, from the final order of dismissal entered in this action on the 3rd day of July, 2023 (See Annex A).

Respectfully Submitted,

July___, 2023

EMT Revocable Living Trust, Interpleader

By _/s/ Elzira Mae Wilburn_
Elzira Mae Wilburn, *Trustee not Individually.*

## PROOF OF SERVICE

I served the foregoing document(s) by U.S. Mail or personal service described as Notice of Appeal to the following parties:

QUALITY LOAN SERVICE CORPORATION
Attn: Mr. Kevin R McCarthy, Chief Executive Officer
2763 Camino Del Rio South
San Diego, CA 92108

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 14, 2023

SIGNATURE:

NAME OF PERSON MAILING PAPERS: Tasha Benson

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| Case No.: | 2:23-cv-02910-AB-MAA | Date: | July 3, 2023 |
|---|---|---|---|

Title: *Elzira Mae Wilburn v. Quality Loan Service Corporation*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] ORDER DISMISSING THE CASE WITHOUT PREJUDICE**

On May 21, 2023, the Court dismissed the case for lack of subject matter jurisdiction and granted Plaintiff leave to file an amended complaint within 21 days of the Court's Order. The Court subsequently granted Plaintiff an extension to file an amended complaint, giving Plaintiff until June 21, 2023 to file an amended complaint.

Plaintiff to date has not filed an amended complaint. Accordingly, the Court **DISMISSES** the case **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.